### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    **LEWIS M. IRVING,**            **: Chapter 11**
         **Debtor**                       **: BANKR. No. 19-13930**

### CERTIFICATION OF NO OBJECTION

    I, David A. Scholl, certify that I filed the Application for Appointment as Counsel for the Debtor on June 19, 2019, and further certify that no Objection or other response to the Application was filed or served on me as of August 3, 2019, 019, and therefore the Order granting it may be executed as uncontested.

Dated: August 4, 2019

-
                                                    /s/ DAVID A. SCHOLL
                                                    512 Hoffman Street
                                                    Philadelphia, PA  19148
                                                    610-550-1765
                                                    Proposed Attorney for Debtor