**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
      LEWIS M. IRVING,        : **Chapter 11**
                Debtor        : **BANKR. No. 19-13930**

## ORDER

**AND NOW**, this _____ day of August, 2019, upon consideration of the within Application of the Debtor to Employ David A. Scholl, Esquire, as counsel for the Debtor, and upon Certification of No Response thereto, it is **ORDERED** and **DECREED** that the Debtor's Application to Employ David A. Scholl is **APPROVED**; and it is further

      **ORDERED** and **DECREED** that the Debtor may employ David A. Scholl as his counsel in these proceedings to advise him about all matters which may arise or which may be incident to these proceedings, said firm to be paid at such compensation as the Court shall allow, pursuant to a proper Application in accordance with <u>In re Busy Beaver Building Centers, Inc</u>., 19 F.3d 833 (3d Cir. 1994). The appointment is effective as of the date of the filing of the Application, June 19, 2019.

                                          _____