## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LEWIS M. IRVING,** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 19-13930** |
| | : | |

## <u>ORDER</u>

**AND NOW,** this _7th_ day of August, 2019, upon consideration of the Debtor's Motion for to Set Bar Date for the Filing of Proofs of Claim and For Approval of the Form of Notice (the "Motion"), it is hereby

**ORDERED,** that the Motion is **GRANTED**, and October 1, 2019, is the date set as that Proof of Claim deadline, and December 20, 2019, is et as the Governmental Bar Date and any creditor having a claim against the Debtor shall file a Proof of Claim on or before October 1, 2019, and December 20, 2019, for a Governmental Party at the office of the Deputy in Charge of Bankruptcy Operations, U.S. Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107, and forward a copy of the same to Debtor's counsel at the address listed on the Notice, or the claim of the creditor may be discharged or disallowed as untimely; and it is further

**ORDERED,** that Debtor's counsel is directed to mail this Order and the proposed Form of Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein; and it is further

**ORDERED,** that the Form of Notice attached to the Motion is approved as containing sufficient information to enable creditors to file a proof of claim and provides adequate notice of the date by which all claims must be filed and the effect of the failure of a creditor to file a claim.

BY THE COURT:

_____

Honorable Ashely M. Chan
United States Bankruptcy Judge

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LEWIS M. IRVING,** | : | |
| **Debtor.** | : | |
| | : | |
| | : | **Bankruptcy No. 19-13930** |

<u>**NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM**</u>

TO ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

 1. October 1**, <u>2019</u>** is the date set as the last date for the filing of the Proofs of Claim on official forms as provided by the Bankruptcy Rules in order for creditors to share in any dividend which may be payable.  **December 20<u>, 2019</u>** is the date set as the Government Proof of Claim Deadline.  Such forms may be downloaded from the website for the Bankruptcy Court for the Eastern District of Pennsylvania (www.paeb.uscourts.gov) and/or are attached hereto as **EXHIBIT A** for convenience.   THE FAILURE TO FILE A PROOF OF CLAIM MAY RESULT IN YOU OR A PERSON OR ENTITY WHOM YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED LOSING THE ABILITY TO SHARE IN ANY DIVIDEND OR DISTRIBUTION FROM THE BANKRUPTCY ESTATES OR FROM THE DEBTOR.

 2. A CREDITOR MUST FILE A PROOF OF CLAIM WITHIN THE TIME PERIOD PROVIDED HEREIN TO SHARE IN ANY DISTRIBUTION.  ANY CREDITOR WHO DESIRES TO RELY ON THE LIST OF LIABILITIES FILED BY THE DEBTOR HAS A RESPONSIBILITY FOR DETERMINING THAT HE IS ACCURATELY LISTED.   A CLAIM MUST BE FILED EVEN IF YOU BELIEVE YOUR CLAIM OR THE CLAIM OF THE PARTY WHO YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED IS CONTINGENT, UNLIQUIDATED, DISPUTED, ESTIMATED, BASED UPON ANY STATE OR FEDERAL LAW OR OTHERWISE ENFORCEABLE BY A GOVERNMENTAL AGENCY, THE SUBJECT OF ANY LITIGATION WITH THE DEBTOR OR ANY OTHER PARTY, BASED UPON ANY AGREEMENT FOR CONTRIBUTION OR INDEMNITY BY THE DEBTOR FOR WHICH A DEMAND HAS OR HAS NOT BEEN MADE, OR BASED UPON ANY OTHER FACTS, LAW OR CIRCUMSTANCES.

3.      Proofs of Claim shall be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 with a copy of the Proofs of Claim sent to the Debtor's counsel whose name and address appears below.

DAVID A. SCHOLL, ESQUIRE
512 Hoffman Street
Philadelphia, PA 19148