United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13930-amc
Lewis M. Irving                                                           Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1           Date Rcvd: Aug 07, 2019
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db            +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty           +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,   222 Delaware Avenue,   Suite 801,
               Wilmington, DE 19801-1611
cr            +Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
               Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          DANIEL CHRISTOPHER KERRICK   on behalf of Creditor   Wilmington Savings Fund Society, FSB
           dckerrick@dkhogan.com,  gdurstein@dkhogan.com
          DAVID A. SCHOLL   on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
          KEVIN G. MCDONALD   on behalf of Creditor   Metropolitan Life Insurance Company, at c/o Bayview
           loan Servicing bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL JASON BARRIE   on behalf of Creditor   LSC19, LLC mbarrie@beneschlaw.com,
           debankruptcy@beneschlaw.com;jhoover@beneschlaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LEWIS M. IRVING,** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 19-13930** |
| | : | |

<u>**ORDER**</u>

    **AND NOW,** this  7th  day of August, 2019, upon consideration of the Debtor's

Motion for to Set Bar Date for the Filing of Proofs of Claim and For Approval of the Form of

Notice (the "Motion"), it is hereby

    **ORDERED,** that the Motion is **GRANTED**, and October 1, 2019, is the date set as that

Proof of Claim deadline, and December 20, 2019, is et as the Governmental Bar Date and any

creditor having a claim against the Debtor shall file a Proof of Claim on or before October 1,

2019, and December 20, 2019, for a Governmental Party at the office of the Deputy in Charge of

Bankruptcy Operations, U.S. Bankruptcy Court, The Robert Nix Building, 900 Market Street,

Philadelphia, PA 19107, and forward a copy of the same to Debtor's counsel at the address listed

on the Notice, or the claim of the creditor may be discharged or disallowed as untimely; and it is

further

    **ORDERED,** that Debtor's counsel is directed to mail this Order and the proposed Form

of Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein; and

it is further

**ORDERED,** that the Form of Notice attached to the Motion is approved as containing

sufficient information to enable creditors to file a proof of claim and provides adequate notice of

the date by which all claims must be filed and the effect of the failure of a creditor to file a claim.


BY THE COURT:

_____

Honorable Ashely M. Chan
United States Bankruptcy Judge

2

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **LEWIS M. IRVING,** | : | |
| **Debtor.** | : | |
| | : | |
| | : | **Bankruptcy No. 19-13930** |

## NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM

TO ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1.      October 1**, 2019** is the date set as the last date for the filing of the Proofs of Claim on official forms as provided by the Bankruptcy Rules in order for creditors to share in any dividend which may be payable.  **December 20, 2019** is the date set as the Government Proof of Claim Deadline.  Such forms may be downloaded from the website for the Bankruptcy Court for the Eastern District of Pennsylvania (www.paeb.uscourts.gov) and/or are attached hereto as **EXHIBIT A** for convenience.   THE FAILURE TO FILE A PROOF OF CLAIM MAY RESULT IN YOU OR A PERSON OR ENTITY WHOM YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED LOSING THE ABILITY TO SHARE IN ANY DIVIDEND OR DISTRIBUTION FROM THE BANKRUPTCY ESTATES OR FROM THE DEBTOR.


2.      A CREDITOR MUST FILE A PROOF OF CLAIM WITHIN THE TIME PERIOD PROVIDED HEREIN TO SHARE IN ANY DISTRIBUTION.  ANY CREDITOR WHO DESIRES TO RELY ON THE LIST OF LIABILITIES FILED BY THE DEBTOR HAS A RESPONSIBILITY FOR DETERMINING THAT HE IS ACCURATELY LISTED.  A CLAIM MUST BE FILED EVEN IF YOU BELIEVE YOUR CLAIM OR THE CLAIM OF THE PARTY WHO YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED IS CONTINGENT, UNLIQUIDATED, DISPUTED, ESTIMATED, BASED UPON ANY STATE OR FEDERAL LAW OR OTHERWISE ENFORCEABLE BY A GOVERNMENTAL AGENCY, THE SUBJECT OF ANY LITIGATION WITH THE DEBTOR OR ANY OTHER PARTY, BASED UPON ANY AGREEMENT FOR CONTRIBUTION OR INDEMNITY BY THE DEBTOR FOR WHICH A DEMAND HAS OR HAS NOT BEEN MADE, OR BASED UPON ANY OTHER FACTS, LAW OR CIRCUMSTANCES.

3.     Proofs of Claim shall be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 with a copy of the Proofs of Claim sent to the Debtor's counsel whose name and address appears below.

DAVID A. SCHOLL, ESQUIRE
512 Hoffman Street
Philadelphia, PA 19148