## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>LEWIS M. IRVING,<br>    Debtor. | Case No. 19-13930-AMC<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE
### REGARDING NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM

I certify that I have served copies of this Honorable Court's Approved NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM to the following interested parties and/or their counsel as follows:

1) Service:
   (a) All creditors or their counsel, if counsel has entered an appearance in the case;
   (b) Those on the Clerk's Service List see L.B.R. 2002-2; and
   (c) Any entity whose interest would be directly, materially, and adversely affected if the relief requested were granted and whose interests are not adequately represented by persons on whom service is otherwise required.

2) Date, Manner and Identification of Service Recipients: AUGUST 9, 2019, via FIRST CLASS MAIL POSTAGE PREPAID; and, AUGUST 10, 2019, via FIRST CLASS MAIL POSTAGE PREPAID, Attorney GARVAN MCDANIEL, HOGAN AND MCDANIEL, 1311 Delaware Avenue, Wilmington, DE via First Class Postage Prepaid on 08/10/2019 .com and via email gmcdaniel@dkhogan. Mr. McDaniel has not yet entered his appearance but requested service and we are pleased to oblige based on the documentation provided to us by Mr. McDaniel.

Respectfully submitted,

August 10, 2019

/s/Autherine B. Smith for
David A. Scholl
Attorneys for Debtor
512 Hoffman Street
Philadelphia, PA 19148-2523
(610)550-1765