IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lewis M. Irving, | ) | Case No. 19-13930-amc |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF GARVAN F. McDANIEL, ESQ.**

AND NOW, this  19th  day of  August , 2019, upon consideration of the Motion for Admission *Pro Hac Vice* of Garvan F. McDaniel, Esq., it is hereby

ORDERED that the application of Garvan F. McDaniel, Esq., to practice in this court pursuant to Local Bankruptcy Rule 2090-1 is GRANTED.

_____
The Honorable Ashely M. Chan
United States Bankruptcy Court Judge