## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DIsSTRICT OF PENNSYLVANIA

In Re:  LEWIS M. IRVING,                    :    CHAPTER 11

       Debtor                             : BANKRUPTCY NO. 19-13930

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

      The Debtor has filed Objections to the Proof of Claim filed by you in this bankruptcy case.

      Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.

      If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan on October 7, 2019, at 11:00 A.M., in Courtroom No. 4, 900 Market St., Philadelphia, PA.  19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date:  August 25, 2019                                         Attorney for Objector

                                                                                   DAVID A. SCHOLL
                                                                                   512 Hoffman Street
                                                                                   Philadelphia, PA.  19148
                                                                                   610-550-1765