**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| LEWIS M. IRVING | : | |
| | : | Case No. 19-13930 (AMC) |
| Debtor. | : | |

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

TO:   THE CLERK OF THE BANKRUPTCY COURT

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  ) Insufficient response to the United States Trustee communication/contact for service on the committee.

( X ) No unsecured creditor interest to serve.

(  ) Non-operating debtor-in-possession — No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

ANDREW R. VARA
Acting United States Trustee
Region 3

*/s/ Kevin P. Callahan for*
FREDERIC J. BAKER
Assistant United States Trustee

DATED:  September 4, 2019
Attorney Assigned to Case:  Kevin P. Callahan, Esquire
cc:  Attorney for Debtor:  David A. Scholl, Esquire

Created 01/23/12