UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF PA

In re Lewis M. Irving
Debtor

Case No. 19-13930-AMC

## INITIAL MONTHLY OPERATING REPORT
### (SINGLE ASSET REAL ESTATE CASES)

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Substitute FORM IR-1 (RE) for IR-1 if case is a Single Asset Real Estate Case.
Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | |
| Certificates of Insurance: | | |
|    Workers Compensation | | |
|    Property | | |
|    General Liability | | |
|    Vehicle | | |
|    Other: | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | | |
|    General Operating Account | ✓ | |
|    Other: | | |
|    Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    9/24/2019
Signature of Debtor          Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Authorized Individual*    Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR (RE)
(9/99)

In re Lewis M. Irving
Debtor

Case No. 19-13930-AMC

# CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: _____ through _____

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Month JULY | Month | Month | Month | Month | Month | Month | Month | Month | Month | Month | Month | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning of Month | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | 5700 | $68,400.00 |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACCOUNTS RECEIVABLE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LOANS AND ADVANCES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| PAYROLL TAXES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| SALES, USE, AND OTHER TAXES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| INVENTORY PURCHASES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| SECURED/ RENTAL/ LEASES | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | |
| INSURANCE | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | $3,000.00 |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | 3140.72 | $37,688.64 |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | | |
| **Cash End of Month** | | | | | | | | | | | | | $40,688.64 |
| **Year End Total** | | | | | | | | | | | | | $27,711.36 |

FORM IR-1
(4/07)

**The Harford Mutual Insurance Companies**
Bel Air, Maryland 21014-3544

Company: Firstline National Insurance Company

**BUSINESSOWNERS DECLARATIONS**

Policy Number: 8190225    Renewal of: 8185365

**Named Insured and Mailing Address**
HAVEN MEMORIAL PARK, INC.
HAVEN MEMORIAL CEMETARY & CREMATORY, LLC
2500 CONCORD ROAD
ASTON, PA 19014

**Agency Name and Address**
9176-BAS    PANARELLO INSURANCE, LLC
297 BRINTON LAKE ROAD
THORNTON, PA 19373
4843013292

Policy Period:   From   09/07/2019 to 09/07/2020 at 12:01 A.M. Standard Time at your mailing address shown above.
In return for the payment of the premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

BUSINESS DESCRIPTION: FUNERAL SERVICES
FORM OF BUSINESS: Business Organization other than Partnership or Joint Venture

---

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 1, BUILDING 1

   PREMISES ADDRESS:
     2500 CONCORD RD
     ASTON, PA 19014
     COUNTY: DELAWARE

Construction: Frame
Protection Class: 5

   Occupancy: Funeral Homes or Chapels

MORTGAGEHOLDER: None    *MORTGAGEE/Loss PAYEE: LSC 19, LLC*

PROPERTY COVERAGES:  ($2,500 property deductible per occurrence)    LIMIT OF INSURANCE*
  BUILDING - Automatic Increase 2%**..........................................$ 834,500
  BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%..........................$ 200,000
  BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

  *Includes Increased Building Limit Percentage, if applicable
  **This percentage can only vary by premises, not by building

OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
  OUTDOOR SIGNS - Per Occurrence Limit........................................$ 10,000

---

POLICY DECLARATIONS ARE CONTINUED ON THE NEXT PAGE.

---

LIABILITY AND MEDICAL EXPENSES:  See Liability and Medical Expenses Schedule

---

FORMS AND ENDORSEMENTS:  See Form Schedule

---

PREMIUM:  Annual Premium: $7,911

(1) 2018/08/01-2.00(37)
ISSUE DATE: 07/24/2019 #1

Countersigned:_____
         (Authorized Representative)    (Date)

INSURED COPY

---

LIABILITY AND MEDICAL EXPENSES SCHEDULE
---

SECTION II - LIABILITY AND MEDICAL EXPENSES

Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II-Liability in the Businessowners Coverage Form and any attached endorsements.

```
                                                                    LIMIT OF INSURANCE
LIABILITY COVERAGE*
    Liability and Medical Expenses (Per Occurrence)................$1,000,000
    Medical Expenses (Per Person)...................................$     5,000
    Damage to Premises Rented to You (Any One Premises).............$    50,000
    Other Than Products/Completed Operations Aggregate..............$2,000,000
    Products/Completed Operations Aggregate.........................$2,000,000

    *Optional Property Damage Liability Deductible May Apply. Refer to
    Forms Schedule for Deductible Information (If Applicable).
```

---

SUPPLEMENTAL DECLARATIONS PAGE - PROPERTY SCHEDULE
----------------------------------------------------------------------

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 1, BUILDING 2

```
    PREMISES ADDRESS:                         Construction: Frame
       2500 CONCORD RD                        Protection Class: 5
       ASTON, PA 19014
       COUNTY: DELAWARE

    Occupancy: Funeral Homes or Chapels

MORTGAGEHOLDER: None
                                                         LIMIT OF INSURANCE*
PROPERTY COVERAGES: ($2,500 property deductible per occurrence)
    BUILDING - Automatic Increase 2%**............................$  765,000
    BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%............$  100,000
    BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    *Includes Increased Building Limit Percentage, if applicable
    **This percentage can only vary by premises, not by building

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
    NONE
```
----------------------------------------------------------------------

SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 1, BUILDING 3

```
    PREMISES ADDRESS:                         Construction: Frame
       2500 CONCORD RD                        Protection Class: 5
       ASTON, PA 19014
       COUNTY: DELAWARE

    Occupancy: Funeral Homes or Chapels

MORTGAGEHOLDER: None
                                                         LIMIT OF INSURANCE*
PROPERTY COVERAGES: ($2,500 property deductible per occurrence)
    BUILDING - Automatic Increase 2%**............................$  227,000
    BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%............$   10,000
    BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

    *Includes Increased Building Limit Percentage, if applicable
    **This percentage can only vary by premises, not by building

OPTIONAL COVERAGES: ($500 deductible for OPTIONAL COVERAGES)
    NONE
```

(3) POLICY: 8190225 2018/08/01-2.00(37)
ISSUE DATE: 07/24/2019 #1

```
                    SUPPLEMENTAL DECLARATIONS PAGE - PROPERTY SCHEDULE
------------------------------------------------------------------------------------
SECTION I - PROPERTY

PREMISES INFORMATION: PREMISES 1, BUILDING 4
                                                 Construction: Joisted Masonry
     PREMISES ADDRESS:                           Protection Class: 5
        2500 CONCORD RD
        ASTON, PA 19014
        COUNTY: DELAWARE

     Occupancy: Funeral Homes or Chapels

  MORTGAGEHOLDER:  None

  PROPERTY COVERAGES:  ($2,500 property deductible per occurrence)   LIMIT OF INSURANCE*
     BUILDING - Automatic Increase 2%**...........................$     21,000
     BUSINESS PERSONAL PROPERTY - Seasonal Increase 25%............$      1,000
     BUSINESS INCOME - Included - Refer to Endorsements for Coverage and Limitations

     *Includes Increased Building Limit Percentage, if applicable
     **This percentage can only vary by premises, not by building

  OPTIONAL COVERAGES:  ($500 deductible for OPTIONAL COVERAGES)
     NONE
------------------------------------------------------------------------------------
IMPORTANT NOTICES TO POLICYHOLDERS
------------------------------------------------------------------------------------
     BPMS004  (1017) BUSINESSOWNERS AUDIT NONCOMPLIANCE FACTOR ADVISORY NOTICE
     BPMS12-1        BUSINESSOWNERS EQUIPMENT BREAKDOWN
     ILMS001  (0117) FLOOD INSURANCE NOTICE
     ILMS003  (0115) POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE
     ILMS013  (0417) POLICYHOLDER NOTICE REGARDING CYBER LIABILITY COVERAGE
     ILMS014  (0416) NOTICE REGARDING CLAIMS-MADE COVERAGE ON YOUR POLICY
     ILMS015  (0417) POLICYHOLDER NOTICE REGARDING EMPLOYMENT PRACTICES LIABILITY COVERAGE
     ILMS016  (1015) CUSTOMER PRIVACY POLICY
     ILMS018  (0718) IMPORTANT POLICYHOLDER INFORMATION CONCERNING BILLING AND POLICY FEES
     ILMS11   (0604) ADVISORY NOTICE TO POLICYHOLDERS - OFAC
     ILMS13-2 (0513) UNDERSTANDING THE AUDIT PROCESS COULD SAVE YOU MONEY
     ILMS14-2 (0714) NOTICE TO POLICYHOLDERS REGARDING INFLATION PROTECTION & BLDG VALUES
     ILMS93-1 (0908) LEAD LIABILITY EXCLUSION
     ILN088   (0903) PENNSYLVANIA FRAUD STATEMENT

------------------------------------------------------------------------------------
                                   FORM SCHEDULE
------------------------------------------------------------------------------------
FORMS AND ENDORSEMENTS APPLYING TO AND MADE A PART OF THIS POLICY AT TIME OF ISSUE:
------------------------------------------------------------------------------------
     BP0003   (0713) BUSINESSOWNERS COVERAGE FORM
     BP0142   (0315) PENNSYLVANIA CHANGES
     BP0191   (0702) PENNSYLVANIA NOTICE
     BP0501   (0702) CALCULATION OF PREMIUM
     BP0517   (0106) EXCLUSION - SILICA OR SILICA-RELATED DUST
     BP0523   (0115) CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM
     BP0538   (0115) EXCLUSION-OTHER ACTS OF TERRORISM; CAP ON CERTIFIED ACTS OF TERRORISM
     BP0542   (0115) EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM
     BP0577   (0106) FUNGI OR BACTERIA EXCLUSION (LIABILITY)
     BP0598   (0713) AMENDMENT OF INSURED CONTRACT DEFINITION
     BP1504   (0514) EXCLUSION-ACCESS/DISCLOSURE W/LTD BODILY INJURY EXCEPTION
     BPHG10   (0910) EXCLUSION - LEAD CONTAMINATION
     BPHG25   (0517) AUDIT NONCOMPLIANCE FACTOR ENDORSEMENT
     BPHG28   (0713) BUSINESSOWNERS IMPROVED VALUE ENDORSEMENT
     BPHG51   (0105) ASBESTOS EXCLUSION ENDORSEMENT
     BPHG58   (0908) TOBACCO HEALTH HAZARD EXCLUSION
(4) POLICY: 8190225 2018/08/01-2.00(37)
ISSUE DATE: 07/24/2019 #1
```

```
BPHG64  (0713) GREEN ENVIRONMENTAL AND EFFICIENCY IMPROVEMENTS
BPHG79  (0713) EXCLUSION-LOSS DUE TO BY-PRODUCTS OF PRODUCTION/PROCESSING OPERATIONS
BPHG93  (0618) PENNSYLVANIA CHANGES
BPHG97  (0517) EXCLUSION-UNMANNED AIRCRAFT
BPIN01  (0713) BUSINESSOWNERS COVERAGE FORM INDEX
BP1231  (0110) ADDITIONAL INSURED - BUILDING OWNER
             Building Owner Name: LEWIS M. IRVING SR
                   Premises 1, Building 1

BP1423  (0110) EXCLUSION - DESIGNATED PRODUCTS
             Designated Products: CEMETERY GROUNDS AND OPERATIONS

BP1231  (0110) ADDITIONAL INSURED - BUILDING OWNER
             Building Description: LEWIS M. IRVING SR
                   Premises 1, Building 2

BP1231  (0110) ADDITIONAL INSURED - BUILDING OWNER
             Building Description: LEWIS M. IRVING SR
                   Premises 1, Building 3

BP0448  (0713) ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION..........18.00
             Designated Person: LOUIS M. IRVING SR
               Organization: HAVEN MEMORIAL CEMETERY AND CREMATORY LLC

BP1231  (0110) ADDITIONAL INSURED - BUILDING OWNER
             Building Description: LEWIS M. IRVING SR
                   Premises 1, Building 4

BPHG40  (1017) EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT....................271.00
BPHG80  (0618) EMPLOYMENT-RELATED PRACTICES LIABILITY ENDORSEMENT.............374.00
        ****THIS COVERAGE IS CLAIMS MADE, READ YOUR POLICY CAREFULLY****
        ****DEFENSE COSTS ARE WITHIN POLICY LIMITS****
             Each Claim Limit: $100,000
             Aggregate Limit: $100,000
           Deductible Each Claim: $5,000 Each Claim
             Retroactive Date: 09/07/2018

ILHG07  (0416) CYBER LIABILITY ENDORSEMENT CLAIMS-MADE & REPORTED COVERAGE....116.00
        ****THIS COVERAGE IS CLAIMS MADE, READ YOUR POLICY CAREFULLY****
        ****DEFENSE COSTS ARE WITHIN POLICY LIMITS****
             Retroactive Date: 09/07/2018
```

---------------------------------------------------------------------
                    OTHER CHARGES APPLIED TO THIS POLICY
---------------------------------------------------------------------

Terrorism Risk Insurance Program Reauthorization Act of 2015 - Certified Acts - Premium Charged....................................................................178.00

(5) POLICY: 8190225 2018/08/01-2.00(37)
ISSUE DATE: 07/24/2019 #1