UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF PA

In re Lewis M. Irving

Case No. 19-13930-AMC
Reporting Period: 6/18/19 - 7/31/19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-1 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | ✓ | |
| Balance Sheet | | ✓ | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor            Date 9/28/2019

_____
Signature of Joint Debtor      Date

_____
Signature of Authorized Individual*   Date

_____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership, a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

UNITED STATES BANKRUPTCY COURT
~~Eastern~~ DISTRICT OF PA

In re: Lewis M. Irving

Case No. 19-13930-AMC
Reporting Period: 6/18/19 – 7/31/19

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | ✓ | | |
| Cash disbursements journals | | ✓ | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | ✓ | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | ✓ | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     9/29/2019
Signature of Debtor                Date

_____     _____
Signature of Joint Debtor          Date

_____     _____
Signature of Authorized Individual*   Date

_____     _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: **Lewis M. Irving**, Debtor

Case No. **19-13930**

Reporting Period: **6/18/19 – 7/31/19**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. (See MOR-1 (INDV) (CONT))

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $5,700.00 | $5,700.00 |
| **RECEIPTS** | | |
| Wages (Net) | 0 | 0 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | N/A | N/A |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | $1,825.77 | $1,825.77 |
| Rental Payment(s) | | |
| Other Secured Note Payments | $2,354.12 | $2,354.12 |
| Utilities | | |
| Insurance | $200.00 | $200.00 |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | $960.92 | $960.92 |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | $5,340.81 | $5,340.81 |
| **Net Cash Flow (Total Receipts – Total Disbursements)** | $359.19 | $359.19 |
| **Cash - End of Month (Must equal reconciled bank statement)** | | |

FORM MOR-1 (INDV)
(9/99)

In re: **Lewis M. Irving**, Debtor

Case No. 19-13930-AMC
Reporting Period: 6/4/19 – 7/31/19

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | # | | # | | # | Other |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | $22,651.78 | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| OTHER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

FORM MOR-1a
(04/07)

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LEWIS M IRVING
DIP CASE 19-13930 EDPA
278 THORNTON RD
THORNTON PA 19371

Page: 1 of 3
Statement Period: Jun 26 2019-Jul 25 2019
Cust Ref #: 4351064070-039-T-###
Primary Account #: 435-1064070

## Chapter 11 Checking

LEWIS M IRVING
DIP CASE 19-13930 EDPA

Account # 435-1064070

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 10,212.11 |
| Deposits | 22,651.78 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 8,974.16 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,667.37 | Days in Period | 30 |
| Ending Balance | 12,010.25 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/26 | DEPOSIT | 1,005.73 |
| 07/02 | DEPOSIT | 2,187.47 |
| 07/03 | DEPOSIT | 8,000.00 |
| 07/03 | DEPOSIT | 8,908.58 |
| 07/15 | DEPOSIT | 1,550.00 |
| 07/25 | DEPOSIT | 1,000.00 |
| | Subtotal: | 22,651.78 |

**Checks Paid** No. Checks: 4  *indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/10 | 101 | 8,000.00 | 07/17 | 105* | 42.54 |
| 07/15 | 102 | 606.62 | 07/23 | 107* | 325.00 |
| | | | | Subtotal: | 8,974.16 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *KKW***703741L7 | 11.95 |
| 07/12 | DEBIT POS, ****30050168855, AUT 071219 DDA PURCHASE THE HOME DEPOT 4121   GLEN MILLS  * PA | 136.62 |
| 07/12 | DEBIT POS, ****30050168855, AUT 071219 DDA PURCHASE CONCORD PIKE 1    WILMINGTON * DE | 41.41 |
| 07/16 | ELECTRONIC CK PMT-ARC, DELMARVA POWER CHECKPAYMT 0103 | 90.92 |
| 07/17 | DEBIT CARD PURCHASE, ****30050168855, AUT 071519 VISA DDA PUR NEW JERSEY E ZPASS    888 288 6865  * NJ | 29.74 |
| 07/18 | ELECTRONIC CK PMT-ARC, DISCOVER ARC PAYMENTS 108 | 200.00 |
| 07/18 | DEBIT POS, ****30050168855, AUT 071819 DDA PURCHASE THE MENS WEARHOUSE 52   WILMINGTON * DE | 177.89 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

Page: 2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 13,818.38 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04060-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "DDP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
*America's Most Convenient Bank*

**STATEMENT OF ACCOUNT**

LEWIS M IRVING
DIP CASE 19-13930 EDPA

Page: 3 of 3
Statement Period: Jun 26 2019-Jul 25 2019
Cust Ref #: 4351064070-038-T-###
Primary Account #: 435-1064070

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | DEBIT CARD PURCHASE, ****30050166855, AUT 071819 VISA DDA PUR<br>WWW SUPERBRIGHTLEDS CO    HTTPSWWW SUPE * MO | 78.10 |
| 07/19 | DEBIT CARD PURCHASE, ****30050166855, AUT 071819 VISA DDA PUR<br>WWW SUPERBRIGHTLEDS CO    HTTPSWWW SUPE * MO | 58.26 |
| 07/19 | DEBIT CARD PURCHASE, ****30050166855, AUT 071819 VISA DDA PUR<br>WWW SUPERBRIGHTLEDS CO    HTTPSWWW SUPE * MO | 36.16 |
| 07/22 | DEBIT POS, ****30050166855, AUT 072019 DDA PURCHASE<br>COSTCO GAS 1114    GLEN MILLS  * PA | 49.46 |
| 07/23 | ELECTRONIC PMT-WEB, USAA.COM PAY EXT P&C 29501652 | 756.76 |
| | Subtotal: | 1,667.37 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/26 | 0.00 | 07/16 | 12,764.26 |
| 06/28 | 1,005.73 | 07/17 | 12,691.96 |
| 07/02 | 3,193.20 | 07/18 | 12,313.99 |
| 07/03 | 20,101.78 | 07/19 | 12,141.47 |
| 07/05 | 20,089.83 | 07/22 | 12,092.01 |
| 07/10 | 12,069.83 | 07/23 | 11,010.25 |
| 07/12 | 11,911.80 | 07/25 | 12,010.25 |
| 07/15 | 12,855.18 | | |

In re _____   Case No _____
     Debtor                      Reporting Period: _____

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $5,700.00 | $5,700.00 |
| Less: Returns and Allowances | | |
| Net Revenue | $5,700.00 | $5,700.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | $200.00 | $200.00 |
| Bad Debts | 0 | |
| Contributions | 0 | |
| Employee Benefits Programs | 0 | |
| Insider Compensation* | 0 | |
| Insurance | 250 | 250 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | $1,418.72 | $1,418.72 |
| Other (attach schedule) | $1,825.77 | $1,825.77 |
| Total Operating Expenses Before Depreciation | $3,644.49 | $3,644.49 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $2,005.51 | $2,005.51 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0 | |
| Interest Expense | 0 | |
| Other Expense (attach schedule) | 0 | |
| Net Profit (Loss) Before Reorganization Items | 0 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | |
| U.S. Trustee Quarterly Fees | 0 | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0 | |
| Gain (Loss) from Sale of Equipment | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| Total Reorganization Expenses | 0 | |
| Income Taxes | 0 | |
| Net Profit (Loss) | $0 | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re: _____  Case No: _____
           Debtor                             Reporting Period: JULY 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $22,651.78 | $22,651.78 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $22,651.78 | $22,651.78 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $1,480,000.00 | $1,480,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | $73,500.00 | $73,500.00 |
| Less Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $1,553,500.00 | $1,553,500.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 | 0 |
| Other Assets (attach schedule) | 0 | 0 |
| TOTAL OTHER ASSETS | $0.00 | $0.00 |
| **TOTAL ASSETS** | $906,151.78 | $906,151.78 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | $925,000.00 | $925,000.00 |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $925,000.00 | $925,000.00 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| TOTAL PRE-PETITION LIABILITIES | $ | $ |
| TOTAL LIABILITIES | $ | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $925,000.00 | $925,000.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-1
(9/99)

In re: _____   Case No. _____
Debtor   Reporting Period: _____

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer¹)

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| David Scholl | 6/19/2019 | | Haven Memorial Park Cemetery & Crematory | $10,000.00 ~~$15,000~~ $12273.00 | $10,000.00 | 0 |
| David Scholl | 6/19/2019 | | Lewis M. Irving | ~~$5,000.00~~ | $5,000.00 | 0 |

¹ Identify all Evergreen Retainers

Form IR-2 (4/07)

Properties-Assets-Irving

| Properties | Value | Debt |
|---|---|---|
| 1663 Cross Tee Court, Oldsmar, FL 34677 | $ 450,000.00 | $ 330,000.00 |
| 32006 River Road, Millsboro, DE 19966 | $ 240,000.00 | $ 230,000.00 |
| 58 E Mowry Street, Chester, PA 19013 | $ 30,000.00 | 0 |
| 278 Thornton Road, Thornton, PA 19373 | $ 575,000.00 | $ 340,000.00 |
| 49 Concord Road, Aston, PA 19063 | $ 185,000.00 | 0 |
| TOTAL VALUE | $ 1,480,000.00 | $ 900,000.00 |

| Assets/Vehicles | Value | Debt |
|---|---|---|
| 2005 Mercerdes | $ 6,500.00 | 0 |
| 2017 Jeep | $ 22,000.00 | $ 10,000.00 |
| 2014 Mercedes | $ 35,000.00 | $ 15,000.00 |
| 2007 Escalade | $ 10,000.00 | 0 |
| TOTAL VALUE | $ 73,500.00 | $ 25,000.00 |

In re Lewis M. Irving
       Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | ✓ (IN PROCESS) |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | ✓ DIP | |

FORM MOR-5
(04/07)