| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Lewis M. Irving | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 19-13930 | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|---|
| 2.1 | **Bayview Loan Servicing** Creditor's Name | Describe the property that secures the claim: | $335,000.00 | $400,000.00 | $0.00 |
| | 4425 Ponce de Leon Blvd., 5th Floor Coral Gables, FL 33148 | 1663 Cross Tee Court Oldsmar, FL 34677  Pinellas County  Vacation Home | | | |
| | Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.  ☐ Contingent  ■ Unliquidated  ■ Disputed | | | |
| | **Who owes the debt?** Check one.  ☐ Debtor 1 only  ☐ Debtor 2 only  ☐ Debtor 1 and Debtor 2 only  ■ At least one of the debtors and another  ☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.  ☐ An agreement you made (such as mortgage or secured car loan)  ☐ Statutory lien (such as tax lien, mechanic's lien)  ☐ Judgment lien from a lawsuit  ■ Other (including a right to offset)    **First Mortgage** | | | |
| | Date debt was incurred _____ | Last 4 digits of account number _____ | | | |

Debtor 1  **Lewis M. Irving**               Case number (if known)  **19-13930**
First Name   Middle Name   Last Name

| 2.2 | **Delaware County Tax Claim Bureau** | **Describe the property that secures the claim:** | **$0.00** | **$5,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2500 Concord Road, chester, PA. 19013**

**Court House**
**Media, PA 19063**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.3 | **LSC19, LLC** | **Describe the property that secures the claim:** | **Unknown** | **$5,000,000.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**2500 Concord Road Chester, PA 19013  Delaware County**

**c/o Michael J. Barrie, Esquire**
**Benesch, Friedlander, Coplan & Aranoff,**
**One Liberty Place, 36th Floor**
**Philadelphia, PA 19103**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **12/28/05**    **Last 4 digits of account number** _____

| Debtor 1 | **Lewis M. Irving** | | Case number (if known) | **19-13930** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### 2.4 Mercedes Benz Financial Services USA, LL
Creditor's Name

c.0 BK Servicing , LLC
P.O. Box 131265
Saint Paul, MN
55113-0011

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

2014 Mercedes CLA Class 10,000 miles

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$16,300.00    $20,000.00    $0.00

---

### 2.5 Univest Bank
Creditor's Name

10 East Broad Street
Souderton, PA 18964

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

58 East Mowry Street Chester, PA 19013  Delaware County
Rental Property

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$0.00    $65,000.00    $0.00

---

### 2.6 Wilmington Savings Fund Society
Creditor's Name

Loan Processing Center
P.O. Box 71272
Philadelphia, PA 19176

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

278 Thornton Road Thornton, PA 19373  Delaware County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$300,000.00    $600,000.00    $0.00

---

| Debtor 1 | Lewis M. Irving | | Case number (if known) | 19-13930 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### 2.7 Wilmington Savings Fund Society
Creditor's Name

**Loan Processing Center
P.O. Box 71272
Philadelphia, PA 19176**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     $350,000.00     $350,000.00     $0.00

**32006 River Road Millsboro, DE 19966  Sussex County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred      Last 4 digits of account number

---

### 2.8 Wilmington Savings Fund Society
Creditor's Name

**500 Delaware Avenue,
10th Floor
Wilmington, DE 19801**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     $181,175.65     $0.00     $181,175.65

**925 Pusey St., Chester, PA.  19013, West 10th St., Chester, PA.  19013; 926 W. 9th St., Chester**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred      Last 4 digits of account number

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,182,475.65 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,182,475.65 |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.