UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEWIS M. IRVING, | : |
| | : |
| Debtor. | : Bankruptcy No. 19-13930-amc |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned chapter 11 case as counsel for Univest Bank & Trust Co. pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) and hereby requests that all notices given or required to be given and all papers served or required to be served in this chapter 11 case be delivered and served upon such entity at the address of its counsel as set forth below:

> William R. Hinchman, Esquire
> Klehr Harrison Harvey Branzburg LLP
> 1835 Market Street, Suite 1400
> Philadelphia, PA  19103
> Telephone:  215-569-2796
> Facsimile:  215-568-6603
> whinchman@klehr.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtors or their property.

The foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

14444-0018/PHIL1 8516149v.1

Dated: November 26, 2019

KLEHR HARRISON HARVEY
BRANZBURG LLP

By:   */s/ William R. Hinchman*
William R. Hinchman, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2796

14444-0018/PHIL1 8516149v.1