IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEWIS M. IRVING,        : Chapter 11
           Debtor          : BANKR. No. 19-13930

## ORDER

AND NOW, this **26th** day of ~~July~~ **Nov.**, 2019, upon consideration of the within Application of the Debtor to Appoint Counsel for Debtor, it is hereby **ORDERED** that the Application is GRANTED, and David A. Scholl, Esquire, is appointed as the Debtor's counsel in this case, on the terms set forth in the within Application, effective on the date of filing of the Application, June 19, 2019. *Upon filing and allowance of Debtor's counsel fee application, Debtor's counsel will be permitted to be compensated in this case.*

_____