**IN THE UNITED STATES BANKRUPTCY -COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: LEWIS M. IRVING,　　　　　　　　　:　　CHAPTER 11
　　　　　　　Debtor　　　　　　　　　　: BANKRUPTCY NO. 19-13930

**FIRST INTERIM APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR, FOR THE PERIOD FROM JUNE 18, 2019, THROUGH NOVEMBER 29, 2019**

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant has been counsel for the Debtor in this case since this case was filed on June 19, 2019.

2. The services rendered for which compensation is requested were performed on behalf of the Debtor which are described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

3. The period of the Application is from June 18, 2019, through November 29, 2019.

4. The total fees requested from the Debtors' estate through this period are $12,618.00.　　　　.

5. In light of the Debtor's $13,283 retainer, no payment is due.

6. This case was filed by the Applicant on behalf of the Debtor on June 19, 2019.

7. An Application to appoint the Applicant as counsel for the Debtor

was filed on June 19, 2019.  The Application was granted on November 26, 2019.

8. The first services were performed by the applicant in connection with this case on June 18, 2019.

9. Compensation is requested under section 330.

10. The source of payment of the $13,283 retainer was the Debtor..

11. This Application covers a period more than 120 days after the filing of the case.

12. No prior Applications have been filed.

13. My billing rate for the period at issue is $300 per hour.

14. A description of the services performed is included on the following pages.

WHEREFORE, the Applicant requests an award of $12,618 in compensation for services, which is less than the $13,283 retainer.

Dated:  November 29, 2019                    /s/DAVID A. SCHOLL

                                                         512 Hoffman Street, Philadelphia, PA.  48

                                                         610-550-1765

                                                         Proposed Attorney for Debtor

**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY -COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: LEWIS M. IRVING. | : | CHAPTER 11 |
| Debtor | : | BANKRUPTCY NO. 19-13930 |

## ORDER

AND NOW, this      day of February, 2020, it is hereby ORDERED that the First Interim Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from June 19, 2019, through November 29, 2019, is GRANTED, and the Applicant is awarded compensation of $12,618 for this period.  Since this award did not exhaust the Debtor's $13,283 retainer, the Debtor is not authorized or directed to pay any sum to the Applicant at this time.

_____

J.

**EXHIBIT "B"**

## DESCRIPTION OF SERVICES

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 6/18/19 | Call from Lew Hannah, Referral Again | 18 mins. |
|  | Call to Sheriff, Mortgagee, Is Sale On? | 24 mins. |
| 6/19/19 | Interview with Client | 2.5 hrs. |
|  | File Petition | 30 mins. |
| 6/20/19 | Call Mortgage Counsel & Sheriff re Filing | 30 mins. |
| 6/22/19 | Long Call to Client for Information | 1 hr, |
| 6/25/19 | Prepared & Filed 2016(b) Statement | 12 mins. |
| 6/28/19 | Notices Received & Reviewed re Interview & 341 Meeting | 12 mins. |
| 6/29/19 | Call to Client for Information | 12 mins. |
|  | Prep & Filed Application for Extension to File Documents | 12 mins. |
| 7/5/19 | Reviewed Motion for Adequate Protection & Call client | 12 mins. |
| 7/6/19 | Reviewed & Drafted Answer to Motion for Adequate Prot, | 1 hr. |
| 7/9/19 | Meeting with Client & Son | 2 hrs. |
| 7/10/19 | Finalized & Filed Answer to Motion for Ad. Prot. | 30 mins. |
| 7/13/19 | Calls, email to Bernice | 18 mins. |
| 7/15/19 | Work on Schedules | 1.5 hrs. |
| 7/16/19 | Debtor Interview | 1 hr. |
| 7/17/19 | Call Debtor for Information | 12 mins. |
|  | Email from ME counsel | 18 mins, |
| 7/18/19 | Call from Capuzzi | 24 mins. |

| Date | Description | Time |
|---|---|---|
| 7/22/19 | Work on Schedules | 1 hr, |
| 7/23/19 | Call to client re Schedules | 12 mins. |
| 7/26/19 | Finalize Schedules | 24 mins. |
|  | Letter from Capuzzi | 18 mins, |
| 7/28/19 | Email Back to Capuzzi | 18 mins. |
| 7/30/19 | File Schedules | 30 mins. |
| 7/31/19 | Calls to Capuzzi and Client | 24 mins. |
| 8/1/19 | Attend Meeting of Creditors | 1.5 hrs. |
| 8/4/19 | File Proposed Appointment Order | 12 mins. |
|  | Prepare & file Bar Date Order | 1 hr. |
| 8/6/19 | Email to Capuzzi, Call to Clients re Motion | 30 mins. |
| 8/7/19 | Receive Bar Date Order and Continue Motion Hearing | 18 mins. |
| 8/8/19 | Calls to Client | 12 mins. |
|  | Email from Attorney McDaniel | 12 mins. |
| 8/9/19 | Calls from Capuzzi & clients re Site Visit | 24 mins. |
| 8/10/19 | Service of Bar Date Order & Cert. of Service Filed | 42 mins. |
| 8/11/19 | Receive & Review Stip. from Capuzzi re Motion | 30 mins. |
|  | Call to Capuzzi, See Revised Stip. | 12 mins. |
| 8/12/19 | Calls to Client re Revised Stip. | 30 mins. |
| 8/19/19 | Calls to Clients, Capuzzi, Stip. OK | 18 mins. |
|  | Call to Jerry re Reports | 30 mins. |
|  | Sign & Send Stip. Back to Capuzzi | 18 mins. |
| 8/20/19 | Review Report Forms from Jerry | 12 mins. |

| Date | Description | Time |
|---|---|---|
| 8/22/19 | Order Approving Stip. Entered | 6 mins. |
| 8/23/19 | Call to Clients re Second Stip. | 18 mins. |
| 8/25/19 | Drafted Objection to Mortgage Claim | 2 hrs. |
|  | Drafted Notice, Filed & Served Objection | 30 mins. |
| 8/28/19 | Drafted Discovery | 48 mins. |
| 8/29/19 | finished & Served Discovery | 30 mins. |
| 8/30/19 | Calls to Jerry & Capuzzi | 18 mins. |
| 9/3/19 | Calls to Clients | 12 mins. |
| 9/16/19 | Email to Capuzzi re Continuing Hearings | 30 mins. |
|  | Calls to Jerry, clients re Reports | 18 mins. |
| 9/19/19 | Received Drafts of Reports, Called Jerry | 30 mins. |
| 9/26/19 | Second Stip, Filed & Approved | 12 mins. |
| 9/31/19 | Calls to Jerry, Hugh Ward re Reports | 18 mins. |
|  | Calls from Jerry re Reports | 18 mins. |
| 10/1/19 | Calls to Capuzzi & Clients re Settlement | 18 mins. |
| 10/2/19 | Filed Initial Report & Monthly Reports thru July | 30 mins. |
|  | Emails, Responses to Discovery | 30 mins. |
| 10/4/19 | Emails from Capuzzi, to Client | 12 mins. |
| 10/7/19 | Emails from Capuzzi re Discovery | 18 mins. |
|  | Research re Discovery Objections | 42 mins. |
|  | Try to Call Capuzzi re Objections | 12 mins. |
| 10/8/19 | Further Research re Discovery | 30 mins. |
| 10/11/19 | Draft & File Motion to Compel Discovery | 1.5 hrs. |

| Date | Description | Time |
|---|---|---|
| 10/13/19 | Calls to Jerry & Client re Inadequacy of Reports | 24 mins. |
| 10/20/19 | Further Calls re Reports | 12 mins.' |
| 10/25/19 | Calls to Jerry, Lucy. Clients re Reports Not Corrected | 18 mins. |
| 10/28 ff. | Trying to Call Jerry & Clients re Reports | 12 mins. |
| 11/2/19 | Review Reponses to Motion to Compel Discovery | 30 mins. |
| 11/4/19 | Calls & Email to Capuzzi re Reply to Motion to Compel | 24 mins. |
| 11/5/19 | Reply to Motion to Allow Claims | 12 mins. |
| 11/8/19 | Motion for Summary Judgment re Obj. to Claim Reviewed | 1 hr. |
|  | Reply to Motion Prepared & Filed | 48 mins. |
| 11/11/19 | Emails to Jerry 7 Capuzzi re Claim Objections | 24 mins. |
| 11/14/19 | Received Further Forms from Jerry , Reviewed & Called | 30 mins. |
| 11/23/19 | Drafted Fee Application | 2 hrs. |

TOTAL TIME    42 hrs., 6 mins.

TOTAL FEE @ $300/HR. = $12,618

NO BALANCE DUE; $13,283 RETAINER PAID