**IN THE UNITED STATES BANKRUPTCY -COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA**

**In Re:  LEWIS M. IRVING,**                  :          **CHAPTER 11**
              **Debtor**                                    : **BANKRUPTCY NO. 19-13930**

## <u>NOTICE OF FEE APPLICATION</u>

Notice is hereby given to all interested parties that the First Interim Fee

Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period

from June 18, 2019, through November 29, 2019, in the amount of $12,618 for this period, has

been filed.  Any Objection to this Application must be filed and served upon me within twenty-

one days from November 30, 2019, on or before which date this Notice will be served.  A copy

of the Application is being provided to the United States Trustee, and the Debtor.  Any interested

parties can obtain a copy from me on request.

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor