United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13930-amc
Lewis M. Irving                                                       Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Nov 27, 2019
                      Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db          +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty         +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,    Wilmington, DE 19806-4717
aty         +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,    Suite 801,
              Wilmington, DE 19801-1611
cr          +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 28 2019 02:48:37     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: cio.bncmail@irs.gov Nov 28 2019 02:48:11     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 02:48:18
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2019 02:48:34     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                                                                                 TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
        CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
         lclark@klehr.com
        DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
         dckerrick@dkhogan.com,  gdurstein@dkhogan.com
        DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
        DAVID A. SCHOLL    on behalf of Creditor     LSC19, LLC judgescholl@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor     Metropolitan Life Insurance Company, at c/o Bayview
         loan Servicing bkgroup@kmllawgroup.com
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
         debankruptcy@beneschlaw.com;jhoover@beneschlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM R. HINCHMAN    on behalf of Creditor     Univest Bank & Trust Co. whinchman@klehr.com,
         nharrison@klehr.com
                                                                                                                                                                                                        TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEWIS M. IRVING,    : Chapter 11
        Debtor    : BANKR. No. 19-13930

## ORDER

AND NOW, this __26th__ day of ~~July~~ _Nov._, 2019, upon consideration of the within Application of the Debtor to Appoint Counsel for Debtor, it is hereby **ORDERED** that the Application is GRANTED, and David A. Scholl, Esquire, is appointed as the Debtor's counsel in this case, on the terms set forth in the within Application, effective on the date of filing of the Application, June 19, 2019. _Upon filing and allowance of Debtor's counsel fee applications, Debtor's counsel will be permitted to be compensated in this case._

_[signature]_