# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEWIS M. IRVING, | : | Case No. 19-13930-amc |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, Esquire, do hereby certify that I am over the age of 18, and that on December 11, 2019, I caused a copy of the foregoing *LSC19, LLC's Motion for Entry of an Order Approving (I) the Disclosure Statement; (II) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject LSC19, LLC's Liquidating Plan; and (III) Related Notice and Objection Procedures* to be served upon the persons listed on the attached **Exhibit A** via first-class mail, and upon the following persons via CM/ECF and first-class mail:

David A. Scholl
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

Kevin P. Callahan
United States Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

Under penalty of perjury, I certify the foregoing to be true and correct.

                                                                   */s/ Michael J. Barrie*
                                                  Michael J. Barrie (PA Bar No. 85626)

12882121

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 19-13930-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Wed Dec 11 11:33:37 EST 2019 | (p)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bancorp Bank<br>1818 Market street<br>Philadelphia, PA 19103-3629 | Bayview Loan Servicing<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1837 |
| Bernice Vivian Irving<br>278 Thornton Road<br>Thornton, PA 19373-1059 | Burkes Landscaping<br>3813 West 9th Street<br>Chester, PA 19013 | Comcast<br>P.O. Box 3002<br>Sotheastern, PA 19398-3002 |
| Con Pro<br>P.O. Box 9<br>Bangor, PA 18013-0009 | Daimler Trust<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Fox Chase Bank<br>P. O. Box 1250<br>Blue Bell, PA 19422-0409 | IRS<br>P.O. Box 7346<br>Phila., PA  19101-7346 | Kevin P. Callahan, Trial Attorney<br>Office of the United States trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, Pa 19106-2908 |
| LSC19<br>c/o Michael J. Barrie<br>One Liberty Place<br>1650 Market Street, 36th Floor, Suite 36<br>Philadelphia, Pa 19103-7334 | LSC19, LLC<br>Dan Will<br>13949 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91423-3570 | Mercedes Benz Leasing<br>P.O. Box 685<br>Roanoke, TX 76262-0685 |
| Metropolitan Life Company<br>c/o Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Metropolitan Life Insurance Company<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1837 | PECO Energy<br>P.O. Box 37629<br>Philadelphia, PA 19101-0629 |
| Univest Bank & Trust Co.<br>c/o Christopher J. Leavell, Esquire<br>Klehr Harrison Harvey Branzburg  LLP<br>1835 Market, Suite 1400<br>Philadelphia, Pa 19103-2945 | Univest Bank & Trust Co.<br>c/o William R. Hinchman, Esquire<br>Klehr Harrison Harvey Branzburg  LLP<br>1835 Market, Suite 1400<br>Philadelphia, Pa 19103-2945 | Wilmington Savings Fund Society<br>Loan Processing Center<br>P.O. Box 71272<br>Philadelphia, PA 19176-6272 |

| | | |
|---|---|---|
| Wilmington Savings Fund Society, FSB<br>500 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801-7405 | Wilmington Savings Fund Society, FSB<br>c/o Daniel C. Kerrick, Esquire<br>Hogan  McDaniel<br>1311 Delaware Avenue<br>Wilmington, De 19806-4717 | DAVID A. SCHOLL<br>Law Office of David A. Scholl<br>512 Hoffman Street<br>Philadelphia, PA 19148-2523 |
| Lewis M. Irving<br>278 Thornton Road<br>Thornton, PA 19373-1059 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)LSC19, LLC | (u)Metropolitan Life Insurance Company, at c/ | (u)Univest Bank & Trust Co. |
| (u)Wilmington Savings Fund Society, FSB | (d)Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39