IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| LEWIS M. IRVING, | Case No. 19-13930-amc |
| Debtors. | |

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On December 11th, 2019, I caused a true and correct copy of the following document(s) to be served upon the parties on the list attached hereto as Exhibit A by USPS First Class Mail:

CHAPTER 11 LIQUIDATING PLAN PROPOSED BY SECURED LENDER LSC19, LLC *[D.I. 76]*

DISCLOSURE STATEMENT TO LSC19, LLC's PROPOSED CHAPTER 11 LIQUIDATING PLAN *[D.I. 77]*

LSC19, LLC'S MOTION FOR ENTRY OF AN ORDER APPROVING (I) THE DISCLOSURE STATEMENT; (II) PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT LSC19 LLC'S LIQUIDATING PLAN; AND (III) RELATED NOTICE AND OBJECTION PROCEDURES *[D.I. 78]*

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE *[D.I. 79]*

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 19th day of December, 2019

NOTARY PUBLIC _____

(Notary seal: JEFFREY A. LOW, COMMISSION EXPIRES August 28, 2021, NOTARY PUBLIC, STATE OF DELAWARE)

# Exhibit A

```
Label Matrix for local noticing            (p)CITY OF PHILADELPHIA LAW DEPARTMENT       Internal Revenue Service
0313-2                                     MUNICIPAL SERVICES BUILDING                  P.O. Box 7346
Case 19-13930-amc                          1401 JOHN F KENNEDY BLVD 5TH FLOOR           Philadelphia, PA 19101-7346
Eastern District of Pennsylvania           PHILADELPHIA PA 19102-1617
Philadelphia
Wed Dec 11 11:33:37 EST 2019

Mercedes-Benz Financial Services USA LLC   Pennsylvania Department of Revenue           U.S. Attorney Office
c/o BK Servicing, LLC                      Bankruptcy Division                          c/o Virginia Powel, Esq.
PO Box 131265                              P.O. Box 280946                              Room 1250
Roseville, MN 55113-0011                   Harrisburg, PA 17128-0946                    615 Chestnut Street
                                                                                        Philadelphia, PA 19106-4404

United States Trustee                      Philadelphia                                 American Express
Office of the U.S. Trustee                 900 Market Street                            P.O. Box 1270
200 Chestnut Street                        Suite 400                                    Newark, NJ 07101-1270
Suite 502                                  Philadelphia, PA 19107-4233
Philadelphia, PA 19106-2908

American Express National Bank             Bancorp Bank                                 Bayview Loan Servicing
c/o Becket and Lee LLP                     1818 Market street                           4425 Ponce de Leon Blvd., 5th Floor
PO Box 3001                                Philadelphia, PA 19103-3629                  Coral Gables, FL 33146-1837
Malvern  PA 19355-0701

Bernice Vivian Irving                      Burkes Landscaping                           Comcast
278 Thornton Road                          3813 West 9th Street                         P.O. Box 3002
Thornton, PA 19373-1059                    Chester, PA 19013                            Sotheastern, PA 19398-3002

Con Pro                                    Daimler Trust                                Discover Bank
P.O. Box 9                                 c/o Bk Servicing, LLC                        Discover Products Inc
Bangor, PA 18013-0009                      PO Box 131265                                PO Box 3025
                                           Roseville, MN 55113-0011                     New Albany, OH  43054-3025

Fox Chase Bank                             IRS                                          Kevin P. Callahan, Trial Attorney
P. O. Box 1250                             P.O. Box 7346                                Office of the United States trustee
Blue Bell, PA 19422-0409                   Phila., PA  19101-7346                       200 Chestnut Street, Suite 502
                                                                                        Philadelphia, Pa 19106-2908

LSC19                                      LSC19, LLC                                   Mercedes Benz Leasing
c/o Michael J. Barrie                      Dan Will                                     P.O. Box 685
One Liberty Place                          13949 Ventura Blvd., Suite 300               Roanoke, TX 76262-0685
1650 Market Street, 36th Floor, Suite 36   Sherman Oaks, CA 91423-3570
Philadelphia, Pa 19103-7334

Metropolitan Life Company                  Metropolitan Life Insurance Company          PECO Energy
c/o Kevin G. McDonald, Esquire             c/o Bayview Loan Servicing, LLC              P.O. Box 37629
KML Law Group, P.C.                        4425 Ponce de Leon Blvd, 5th Floor           Philadelphia, PA 19101-0629
701 Market Street, Suite 5000              Coral Gables, FL 33146-1837
Philadelphia, PA 19106-1541

Univest Bank & Trust Co.                   Univest Bank & Trust Co.                     Wilmington Savings Fund Society
c/o Christopher J. Leavell, Esquire        c/o William R. Hinchman, Esquire             Loan Processing Center
Klehr Harrison Harvey Branzburg  LLP       Klehr Harrison Harvey Branzburg LLP          P.O. Box 71272
1835 Market, Suite 1400                    1835 Market, Suite 1400                      Philadelphia, PA 19176-6272
Philadelphia, Pa 19103-2945                Philadelphia, Pa 19103-2945
```

```
Wilmington Savings Fund Society, FSB        Wilmington Savings Fund Society, FSB     DAVID A. SCHOLL
500 Delaware Avenue, 10th Floor              c/o Daniel C. Kerrick, Esquire           Law Office of David A. Scholl
Wilmington, DE 19801-7405                    Hogan McDaniel                           512 Hoffman Street
                                             1311 Delaware Avenue                     Philadelphia, PA 19148-2523
                                             Wilmington, De 19806-4717

Lewis M. Irving
278 Thornton Road
Thornton, PA 19373-1059
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595
```


             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)LSC19, LLC                                (u)Metropolitan Life Insurance Company, at c/    (u)Univest Bank & Trust Co.




(u)Wilmington Savings Fund Society, FSB      (d)Mercedes-Benz Financial Services USA LLC      (d)Pennsylvania Department of Revenue
                                             c/o BK Servicing, LLC                             Bankruptcy Division, PO Box 280946
                                             PO Box 131265                                     Harrisburg PA 17128-0946
                                             Roseville, MN 55113-0011


End of Label Matrix
Mailable recipients     33
Bypassed recipients      6
Total                   39
```