**LOCAL BANKRUPTCY FORM 9014-3**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| Lewis M. Irving | : | |
| Debtor. | : | BANKR. NO. 19-13930 (AMC) |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Andrew R. Vara, Acting United States Trustee for Region Three, by counsel, has filed a Motion to Convert or Dismiss this case under section 1112(b).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **FOURTEEN days from the date of this Notice,** you or your attorney must do all of the following:

    (a)  file an answer explaining your position at:

    U.S. Bankruptcy Court for the Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

    Nicholas S. Herron, Esq., Trial Attorney
    Office of the U.S. Trustee
    200 Chestnut Street, Suite 502
    Philadelphia, Pennsylvania  19106
    Telephone:  (215) 597-4411/Fax: (215) 923-1293

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **JANUARY 8, 2020 at 11:00 a.m., in Courtroom #4**, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107-4299.  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing** at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

6. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

Date: December 19, 2019