**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: LEWIS M. IRVING,** : **CHAPTER 11**

**Debtors** : **BANKRUPTCY NO. 19-13930**

**CERTIFICATION OF SERVICE AND OF NO OBJECTION**

I hereby certify that, on November 30, 2019, I served notice of my Interim Application for Compensation for services and costs in this case through November 29, 2019, upon all interested parties and that I served a copy of the entire Application, the Notice, and this court's Order upon the Debtor and the United States Trustee's office. I further certify that, as of December 23, 2019. no objection to the Application has been filed.  As a result, the proposed Order attached to the Fee Application can be entered as uncontested.

Dated: December 24, 2019

_____

-  /s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor