IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>LEWIS M. IRVING,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-13930-amc |
|---|---|

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On December 31st, 2019, I caused a true and correct copy of the following document(s) to be served upon the parties on the list attached hereto as Exhibit A by USPS First Class Mail:

**LSC19, LLC'S OBJECTION TO DEBTOR'S MOTION TO WAIVE THE FILING OF A DISCLOSURE STATEMENT; EXTEND THE TIME TO OBTAIN CONFIRMATION OF HIS FILED SMALL BUSINESS PLAN; AND ESTABLISH SCHEDULE FOR SOLICITING VOTES AND CONFIRMATION OF PLAN *[D.I. 92]***

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 2nd day of January, 2020

NOTARY PUBLIC _____

[Notary Seal: JEFFREY A. LOW, MY COMMISSION EXPIRES August 28, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 19-13930-amc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Tue Dec 31 14:13:44 EST 2019 | (p)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bancorp Bank<br>1818 Market street<br>Philadelphia, PA 19103-3629 | Bayview Loan Servicing<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1837 |
| Bernice Vivian Irving<br>278 Thornton Road<br>Thornton, PA 19373-1059 | Burkes Landscaping<br>3813 West 9th Street<br>Chester, PA 19013 | Comcast<br>P.O. Box 3002<br>Sotheastern, PA 19398-3002 |
| Con Pro<br>P.O. Box 9<br>Bangor, PA 18013-0009 | Daimler Trust<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Fox Chase Bank<br>P. O. Box 1250<br>Blue Bell, PA 19422-0409 | IRS<br>P.O. Box 7346<br>Phila., PA  19101-7346 | Kevin P. Callahan, Trial Attorney<br>Office of the United States trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, Pa 19106-2908 |
| LSC19<br>c/o Michael J. Barrie<br>One Liberty Place<br>1650 Market Street, 36th Floor, Suite 36<br>Philadelphia, Pa 19103-7334 | LSC19, LLC<br>Dan Will<br>13949 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91423-3570 | Mercedes Benz Leasing<br>P.O. Box 685<br>Roanoke, TX 76262-0685 |
| Metropolitan Life Company<br>c/o Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Metropolitan Life Insurance Company<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1837 | PECO Energy<br>P.O. Box 37629<br>Philadelphia, PA 19101-0629 |
| Univest Bank & Trust Co.<br>c/o Christopher J. Leavell, Esquire<br>Klehr Harrison Harvey Branzburg  LLP<br>1835 Market, Suite 1400<br>Philadelphia, Pa 19103-2945 | Univest Bank & Trust Co.<br>c/o William R. Hinchman, Esquire<br>Klehr Harrison Harvey Branzburg  LLP<br>1835 Market, Suite 1400<br>Philadelphia, Pa 19103-2945 | Wilmington Savings Fund Society<br>Loan Processing Center<br>P.O. Box 71272<br>Philadelphia, PA 19176-6272 |

```
Wilmington Savings Fund Society, FSB        Wilmington Savings Fund Society, FSB,        DAVID A. SCHOLL
500 Delaware Avenue, 10th Floor             c/o Daniel C. Kerrick, Esquire               Law Office of David A. Scholl
Wilmington, DE 19801-7405                   Hogan  McDaniel                              512 Hoffman Street
                                            1311 Delaware Avenue                         Philadelphia, PA 19148-2523
                                            Wilmington, De 19806-4717


Lewis M. Irving
278 Thornton Road
Thornton, PA 19373-1059
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)LSC19, LLC                               (u)Metropolitan Life Insurance Company, at c/    (u)Univest Bank & Trust Co.


(u)Wilmington Savings Fund Society, FSB     (d)Mercedes-Benz Financial Services USA LLC      (d)Pennsylvania Department of Revenue
                                            c/o BK Servicing, LLC                            Bankruptcy Division, PO Box 280946
                                            PO Box 131265                                    Harrisburg PA 17128-0946
                                            Roseville, MN 55113-0011
```

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39