UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lewis M. Irving,

            Debtor.

Case No.: 19-13930 (AMC)
Chapter 11

**UNITED STATES TRUSTEE'S EXHIBIT LIST**

| | Description | Identified | Admitted |
|---|---|---|---|
| 1. | Docket Report, Case No. 19-13930 (AMC) | _____ | _____ |
| 2. | Voluntary Petition | _____ | _____ |
| 3. | Original Schedules A/B | _____ | _____ |
| 4. | Fee Application of Attorney for Debtor | _____ | _____ |
| 5. | Amended Schedules A/B | _____ | _____ |
| 6. | Amended Voluntary Petition | _____ | _____ |
| 7. | MOR's filed January 3, 2020 | _____ | _____ |

RESPECTFULLY SUBMITTED,

By:   /s/ Nicholas S. Herron

Nicholas S. Herron, Esq.
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania 19106
Telephone: (215) 597-4411
nicholas.s.herron@usdoj.gov
Counsel for Andrew R. Vara,
U.S. Trustee for Region Three