**IN THE UNITED STATES BANKRUPTCY -COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  LEWIS M. IRVING.            :        CHAPTER 11
         Debtor                         : BANKRUPTCY NO. 19-13930

## ORDER

AND NOW, this 7th day of January, 2020, it is hereby ORDERED that the First Interim Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from June 19, 2019, through November 29, 2019, is GRANTED, and the Applicant is awarded compensation of $12,618 for this period. Since this award did not exhaust the Debtor's $13,283 retainer, the Debtor is not authorized or directed to pay any sum to the Applicant at this time.

_____
Ashely M. Chan
United States Bankruptcy Judge