## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
Lewis M. Irving,  
      Debtor.

19-13930 (AMC)  
Chapter 11

### ORDER CONVERTING CASE

This matter came before the Court on the United States Trustee's Motion to Convert or Dismiss Case under 11 U.S.C. § 1112(b) (Motion). The Court conducted a hearing on this matter on **January 8, 2020**. The Court having considered the Motion, exhibits admitted into evidence, the proffered evidence of counsel for the United States Trustee, and response of the Debtor, if any, finds that cause exists to convert or dismiss this case.

Accordingly, for the foregoing reasons, and for those stated from the bench on the record at the January 8, 2020, hearing and incorporated herein, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED**; and

2. This case be and hereby is converted to one under Chapter 7 of the Bankruptcy Code; and

3. Within thirty days of the date of this Order, or on or before the meeting of creditors scheduled in the converted Chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intentions, of applicable, required by 11 U.S.C. § 521(1), (2); and

4. The Debtor shall file all applicable statements, schedules and reports in a timely manner pursuant to Fed. R. Bankr. P. 1019; and

5. Professionals employed by the Debtor are hereby directed to file an application for compensation within thirty days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over pre-petition retainers for which Court allowance has not been obtained, if applicable, to the appointed chapter 7 trustee.

1/8/20

ENTER:

Honorable Ashely M. Chan
United States Bankruptcy Judge