```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                   Case No. 19-13930-amc
Lewis M. Irving                                                          Chapter 7
     Debtor                      CERTIFICATE OF NOTICE
District/off: 0313-2          User: JEGilmore              Page 1 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: pdf900              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty            +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,    Wilmington, DE 19806-4717
aty            +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,   Suite 801,
                 Wilmington, DE 19801-1611
14344411        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
14358307        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14344414       +Bernice Vivian Irving,    278 Thornton Road,    Thornton, PA 19373-1059
14344415        Burkes Landscaping,    3813 West 9th Street,    Chester, PA 19013
14344417       +Con Pro,   P.O. Box 9,    Bangor, PA 18013-0009
14352042        Daimler Trust,    c/o Bk Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14374804       +Kevin P. Callahan, Trial Attorney,    Office of the United States trustee,
                 200 Chestnut Street, Suite 502,    Philadelphia, Pa 19106-2908
14346160       +LSC19,   c/o Michael J. Barrie,    One Liberty Place,    1650 Market Street, 36th Floor, Suite 36,
                 Philadelphia, Pa 19103-7334
14369023       +LSC19, LLC,    Dan Will,    13949 Ventura Blvd., Suite 300,    Sherman Oaks, CA 91423-3570
14352039        Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
14354841       +Metropolitan Life Company,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14431945       +Univest Bank & Trust Co.,    c/o William R. Hinchman, Esquire,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market, Suite 1400,    Philadelphia, Pa 19103-2945
14431932       +Univest Bank & Trust Co.,    c/o Christopher J. Leavell, Esquire,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market, Suite 1400,    Philadelphia, Pa 19103-2945
14448694       +Univest Bank and Trust Co., successor-by-merger to,    14 North Main Street,
                 Souderton, PA 18964-1713
14344421       +Wilmington Savings Fund Society,    Loan Processing Center,    P.O. Box 71272,
                 Philadelphia, PA 19176-6272
14364082       +Wilmington Savings Fund Society, FSB,    c/o Daniel C. Kerrick, Esquire,   Hogan  McDaniel,
                 1311 Delaware Avenue,    Wilmington, De 19806-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 10 2020 03:29:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2020 03:29:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14344412       +E-mail/Text: gcummings@thebancorp.com Jan 10 2020 03:29:19      Bancorp Bank,
                 1818 Market street,    Philadelphia, PA 19103-3629
14344413       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2020 03:29:46
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14344416       +E-mail/Text: documentfiling@lciinc.com Jan 10 2020 03:28:50     Comcast,    P.O. Box 3002,
                 Sotheastern, PA 19398-3002
14349565        E-mail/Text: mrdiscen@discover.com Jan 10 2020 03:29:19      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14352546        E-mail/Text: cio.bncmail@irs.gov Jan 10 2020 03:29:22     IRS,    P.O. Box 7346,
                 Phila., PA  19101-7346
14344419       +E-mail/Text: M74banko@daimler.com Jan 10 2020 03:30:04     Mercedes Benz Leasing,
                 P.O. Box 685,    Roanoke, TX 76262-0685
14395693       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2020 03:29:46
                 Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
14344420        E-mail/Text: bankruptcygroup@peco-energy.com Jan 10 2020 03:29:23      PECO Energy,
                 P.O. Box 37629,    Philadelphia, PA 19101-0629
14376897        E-mail/Text: RVSVCBICNOTICEl@state.pa.us Jan 10 2020 03:29:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14366001       +E-mail/Text: Bankruptcy@wsfsbank.com Jan 10 2020 03:30:05
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 10th Floor,
                 Wilmington, DE 19801-7405
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,   PO Box 131265,
                 Roseville, MN 55113-0011
14361402*       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
14344422*      +Wilmington Savings Fund Society,    Loan Processing Center,   P.O. Box 71272,
                 Philadelphia, PA 19176-6272
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                  Date Rcvd: Jan 09, 2020
                              Form ID: pdf900            Total Noticed: 31

14344418       ##+Fox Chase Bank,   P. O. Box 1250,   Blue Bell, PA 19422-0409
                                                                                         TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:

```
          CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
           lclark@klehr.com
          DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           dckerrick@dkhogan.com,    gdurstein@dkhogan.com
          DAVID A. SCHOLL    on behalf of Creditor    LSC19, LLC judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
           loan Servicing bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
           debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
           nicholas.s.herron@usdoj.gov,    USTPRegion03.PH.ECF@usdoj.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
           nharrison@klehr.com
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
Lewis M. Irving,
    Debtor.

19-13930 (AMC)
Chapter 11

## ORDER CONVERTING CASE

This matter came before the Court on the United States Trustee's Motion to Convert or Dismiss Case under 11 U.S.C. § 1112(b) (Motion). The Court conducted a hearing on this matter on **January 8, 2020**. The Court having considered the Motion, exhibits admitted into evidence, the proffered evidence of counsel for the United States Trustee, and response of the Debtor, if any, finds that cause exists to convert or dismiss this case.

Accordingly, for the foregoing reasons, and for those stated from the bench on the record at the January 8, 2020, hearing and incorporated herein, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED**; and

2. This case be and hereby is converted to one under Chapter 7 of the Bankruptcy Code; and

3. Within thirty days of the date of this Order, or on or before the meeting of creditors scheduled in the converted Chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intentions, of applicable, required by 11 U.S.C. § 521(1), (2); and

4. The Debtor shall file all applicable statements, schedules and reports in a timely manner pursuant to Fed. R. Bankr. P. 1019; and

5. Professionals employed by the Debtor are hereby directed to file an application for compensation within thirty days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over pre-petition retainers for which Court allowance has not been obtained, if applicable, to the appointed chapter 7 trustee.

1/ʏ/20

ENTER:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge