United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 19-13930-amc
Lewis M. Irving                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Lisa           Page 1 of 2          Date Rcvd: Jan 10, 2020
                            Form ID: 309A        Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.

```
db          +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty         +KEVIN P. CALLAHAN,   United States Trustee,   200 Chestnut Street,   Suite 502,
             Philadelphia, PA 19106-2908
aty         +NICHOLAS S. HERRON,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,
             Philadelphia, PA 19106-2905
14344414    +Bernice Vivian Irving,   278 Thornton Road,    Thornton, PA 19373-1059
14344415     Burkes Landscaping,   3813 West 9th Street,    Chester, PA 19013
14344417    +Con Pro,   P.O. Box 9,   Bangor, PA 18013-0009
14352042     Daimler Trust,   c/o Bk Servicing, LLC,   PO Box 131265,   Roseville, MN 55113-0011
14369023    +LSC19, LLC,   Dan Will,   13949 Ventura Blvd., Suite 300,   Sherman Oaks, CA 91423-3570
14352039     Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
             Roseville, MN 55113-0011
14448694    +Univest Bank and Trust Co., successor-by-merger to,   14 North Main Street,
             Souderton, PA 18964-1713
14344421    +Wilmington Savings Fund Society,   Loan Processing Center,   P.O. Box 71272,
             Philadelphia, PA 19176-6272
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: judgescholl@gmail.com Jan 11 2020 03:35:18     DAVID A. SCHOLL,
             Law Office of David A. Scholl,   512 Hoffman Street,   Philadelphia, PA 19148
tr           +EDI: FGARYFSEITZ.COM Jan 11 2020 08:23:00     GARY F. SEITZ,
             Gellert Scali Busenkell & Brown LLC,   8 Penn Center,   1628 John F. Kennedy Blvd,
             Suite 1901,   Philadelphia, PA 19103-2113
smg          E-mail/Text: megan.harper@phila.gov Jan 11 2020 03:37:49     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2020 03:37:30     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 11 2020 03:37:13     United States Trustee,
             Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14344411     EDI: AMEREXPR.COM Jan 11 2020 08:23:00     American Express,   P.O. Box 1270,
             Newark, NJ 07101-1270
14358307     EDI: BECKLEE.COM Jan 11 2020 08:23:00     American Express National Bank,
             c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14344412    +E-mail/Text: gcummings@thebancorp.com Jan 11 2020 03:36:20     Bancorp Bank,
             1818 Market street,   Philadelphia, PA 19103-3629
14344413    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 11 2020 03:37:30
             Bayview Loan Servicing,   4425 Ponce de Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
14344416    +EDI: COMCASTCBLCENT Jan 11 2020 08:23:00     Comcast,   P.O. Box 3002,
             Sotheastern, PA 19398-3002
14349565     EDI: DISCOVER.COM Jan 11 2020 08:23:00     Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH 43054-3025
14352546     EDI: IRS.COM Jan 11 2020 08:23:00     IRS,   P.O. Box 7346,   Phila., PA 19101-7346
14344419    +EDI: DAIMLER.COM Jan 11 2020 08:23:00     Mercedes Benz Leasing,   P.O. Box 685,
             Roanoke, TX 76262-0685
14395693    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 11 2020 03:37:30
             Metropolitan Life Insurance Company,   c/o Bayview Loan Servicing, LLC,
             4425 Ponce de Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
14344420     E-mail/Text: bankruptcygroup@peco-energy.com Jan 11 2020 03:36:32     PECO Energy,
             P.O. Box 37629,   Philadelphia, PA 19101-0629
14376897     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:36:56
             Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
             Harrisburg PA 17128-0946
14366001    +E-mail/Text: Bankruptcy@wsfsbank.com Jan 11 2020 03:38:18
             Wilmington Savings Fund Society, FSB,   500 Delaware Avenue, 10th Floor,
             Wilmington, DE 19801-7405
                                                                              TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
14361402*    American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern  PA 19355-0701
14344422*   +Wilmington Savings Fund Society,   Loan Processing Center,   P.O. Box 71272,
             Philadelphia, PA 19176-6272
14344418    ##+Fox Chase Bank,   P. O. Box 1250,   Blue Bell, PA 19422-0409
                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2        User: Lisa              Page 2 of 2              Date Rcvd: Jan 10, 2020
                           Form ID: 309A            Total Noticed: 28
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:

```
          CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
          lclark@klehr.com
          DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
          dckerrick@dkhogan.com,  gdurstein@dkhogan.com
          DAVID A. SCHOLL    on behalf of Creditor    LSC19, LLC judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
          GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
          loan Servicing bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
          debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
          nicholas.s.herron@usdoj.gov,  USTPRegion03.PH.ECF@usdoj.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
          nharrison@klehr.com
                                                                        TOTAL: 11
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lewis M. Irving** | Social Security number or ITIN **xxx–xx–3836** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | Date case filed in chapter **11**    **6/19/19** |
| Case number:  **19–13930–amc** | | Date case converted to chapter **7**    **1/8/20** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Lewis M. Irving | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 278 Thornton Road Thornton, PA 19373 | | |
| 4. | **Debtor's attorney** Name and address | DAVID A. SCHOLL Law Office of David A. Scholl 512 Hoffman Street Philadelphia, PA 19148 | | Contact phone 610 550 1765 Email: judgescholl@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | GARY F. SEITZ Gellert Scali Busenkell & Brown LLC 8 Penn Center 1628 John F. Kennedy Blvd Suite 1901 Philadelphia, PA 19103 | | Contact phone 215–238–0011 Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Debtor **Lewis M. Irving**

Case number **19–13930–amc**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 1/10/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 13, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/13/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |