IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
LEWIS M. IRVING,　　　　　　　　　　: Chapter 7
　　　Debtor　　　　　　　　　　　　: BANKR. No. 19-13930

### ORDER SCHEDULING EXPEDITED HEARING

AND NOW, this 13th day of January, 2020, upon consideration of the Debtor's Expedited Motion for Reconsideration of this Court's Order of January 8, 2020, converting this case to a Chapter 7 case, it is hereby ORDERED as follows:

1. The request for expedited hearing is GRANTED.

2. A hearing on the Motion for Reconsideration is scheduled on January 21, 2020, at 11 A.M. in Courtroom 4, 900 Market St., Philadelphia, PA. 19107.

3. ~~The court's Order of January 8, 2020,~~ shall be stayed until further order of this court.

4. Notice of the Motion and the hearing shall be given to the Debtor's creditors who have filed proofs of claim in this case or their counsel of record and the United States Trustee's Office by sending copies of this Order and the Motion and proposed Order by email or regular mail sent within 24 hours of the entry of this Order. Debtor should be prepared to testify about the significant deficiencies with the late filed monthly reports as discussed at the prior hearing.

_____
J.