**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>LEWIS M. IRVING,<br>      Debtor. | Case No. 19-13930-AMC<br><br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**
**REGARDING ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO RECONSIDER THIS HONORABLE COURT'S ORDER OF JANUARY 8, 2020 GRANTING THE MOTION OF THE UNITED STATES TRUSTEE TO CONVERT THIS CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

I certify that I have served copies of this Honorable Court's Scheduling Order regarding the Debtor's Expedited Motion Requesting Reconsideration of this Court's Order of January 8, 2020("Motion") together with the Motion to the following interested parties, inter alia, and/or their counsel as follows:

1) Service
   (a) All of the Debtor's creditors who have filed proofs of claim in this case or their counsel of record;
   (b) The United States Trustee's Office;
   (c) All creditors listed on the Claims Register;
   (d) Those on the Clerk's Service List see L.B.R. 2002-2; and
   (e) Any entity whose interest would be directly, materially, and adversely affected if the relief requested were granted and whose interests are not adequately represented by persons on whom service is otherwise required.

2) Date, Manner and Identification of Service Recipients: JANUARY 13, 2020 via E-mail (See Exhibit A, attached hereto and incorporated by reference); and ALL creditors listed on the Claims Register via first class mail postage prepaid on January 14, 2020.

January 14, 2020

                                                      Respectfully submitted,

                                                     /s/Autherine B. Smith for
                                                   David A. Scholl
                                                   Attorneys for Debtor
                                                   512 Hoffman Street
                                                   Philadelphia, PA  19148-2523
                                                   (610)550-1765



Exhibit A

david scholl <judgescholl@gmail.com>

# Ch-7 19-13930-AMC LEWIS M. IRVING, DEBTOR. ORDER Scheduling Expedited Hearing and MOTION TO RECONSIDER ORDER OF JANUARY 8, 2020, GRANTING MOTION OF THE UNITED STATES TRUSTEE TO CONVERT THIS (Ch.11) CASE TO A CHAPTER 7 CASE

4 messages

---

**david scholl** <judgescholl@gmail.com>      Mon, Jan 13, 2020 at 2:59 PM
To: "Barrie, Michael" <mbarrie@beneschlaw.com>, kevin p callahan <kevin.p.callahan@usdoj.gov>, "Herron, Nicholas S. (USTP)" <Nicholas.S.Herron@usdoj.gov>, whinchman@klehr.com, bkgroup@kmllawgroup.com, Gary Seitz <gseitz@gsbblaw.com>, USTPRegion03.PH.ECF@usdoj.gov, cleavell@klehr.com, dckerrick@dkhogan.com
Cc: Vivian-Lew Irving <bernicevi@hotmail.com>, Jerry Irving <jirving46@gmail.com>, Autherine Scholl <asmithscholl@gmail.com>, david scholl <judgescholl@gmail.com>

Dear Counsel and Interested Parties:

I have attached the referenced documents pursuant to Judge Chan's January 13th ORDER.

Thank you for your attention to this matter.

Respectfully,
Autherine Smith Scholl for
David A. Scholl (610)550-1765

 **20200114144929.pdf**
347K

---

**david scholl** <judgescholl@gmail.com>      Tue, Jan 14, 2020 at 6:59 AM
To: "Capuzzi, Kevin M." <kcapuzzi@beneschlaw.com>
Cc: Autherine Scholl <asmithscholl@gmail.com>, david scholl <judgescholl@gmail.com>

Good morning, Mr. Capuzzi: I am forwarding the Irving Scheduling Order and Motion to Reconsider. The documents were previously sent to Mr. Barrie of your office.

Thank you for your attention. All the best, Autherine Smith Scholl
[Quoted text hidden]

 **20200114144929.pdf**
347K

---

**david scholl** <judgescholl@gmail.com>      Tue, Jan 14, 2020 at 9:10 AM
To: apayne@beneschlaw.com, Autherine Scholl <asmithscholl@gmail.com>, david scholl <judgescholl@gmail.com>
Cc: "Barrie, Michael" <mbarrie@beneschlaw.com>, "Capuzzi, Kevin M." <kcapuzzi@beneschlaw.com>

FYI - Previously sent to Messrs. Barrie and Capuzzi
Autherine Smith Scholl for David A. Scholl
[Quoted text hidden]

 **20200114144929.pdf**
347K

---

**Capuzzi, Kevin M.** <KCapuzzi@beneschlaw.com>      Tue, Jan 14, 2020 at 9:27 AM
To: david scholl <judgescholl@gmail.com>, "Payne, Arlicia" <APayne@beneschlaw.com>, Autherine Scholl <asmithscholl@gmail.com>

Cc: "Barrie, Michael" <mbarrie@beneschlaw.com>

Received.

Kevin M. Capuzzi

Benesch, Friedlander, Coplan & Aronoff LLP

Direct: 302.442.7063 | Cell: 610.574.6910

---

**From:** david scholl <judgescholl@gmail.com>
**Sent:** Tuesday, January 14, 2020 9:11 AM
**To:** Payne, Arlicia <APayne@beneschlaw.com>; Autherine Scholl <asmithscholl@gmail.com>; david scholl <judgescholl@gmail.com>
**Cc:** Barrie, Michael <mbarrie@Beneschlaw.com>; Capuzzi, Kevin M. <KCapuzzi@beneschlaw.com>
**Subject:** Fwd: Ch-7 19-13930-AMC LEWIS M. IRVING, DEBTOR. ORDER Scheduling Expedited Hearing and MOTION TO RECONSIDER ORDER OF JANUARY 8, 2020, GRANTING MOTION OF THE UNITED STATES TRUSTEE TO CONVERT THIS (Ch.11) CASE TO A CHAPTER 7 CASE

*** External E-Mail - Use Caution ***

[Quoted text hidden]