United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13930-amc
Lewis M. Irving                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: JEGilmore             Page 1 of 1              Date Rcvd: Jan 13, 2020
                               Form ID: pdf900             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db          +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty         +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,    Wilmington, DE 19806-4717
aty         +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,   Suite 801,
              Wilmington, DE 19801-1611
cr          +Mercedes-Benz Financial Services USA LLC,     c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jan 14 2020 09:29:09      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 09:28:44
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2020 09:29:02      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
      CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
               lclark@klehr.com
      DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               dckerrick@dkhogan.com,    gdurstein@dkhogan.com
      DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
      DAVID A. SCHOLL    on behalf of Creditor    LSC19, LLC judgescholl@gmail.com
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
               loan Servicing bkgroup@kmllawgroup.com
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
      MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
      NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
               nicholas.s.herron@usdoj.gov,    USTPRegion03.PH.ECF@usdoj.gov
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
               nharrison@klehr.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEWIS M. IRVING,          : Chapter 7
          Debtor                   : BANKR. No. 19-13930

### ORDER SCHEDULING EXPEDITED HEARING

AND NOW, this 13th day of January, 2020, upon consideration of the Debtor's Expedited Motion for Reconsideration of this Court's Order of January 8, 2020, converting this case to a Chapter 7 case, it is hereby ORDERED as follows:

1. The request for expedited hearing is GRANTED.

2. A hearing on the Motion for Reconsideration is scheduled on January 21, 2020, at 11 A.M. in Courtroom 4, 900 Market St., Philadelphia, PA. 19107.

3. ~~The court's Order of January~~ 8, 2020, shall be stayed until further order of this court.

4. Notice of the Motion and the hearing shall be given to the Debtor's creditors who have filed proofs of claim in this case or their counsel of record and the United States Trustee's Office by sending copies of this Order and the Motion and proposed Order by email or regular mail sent within 24 hours of the entry of this Order. Debtor should be prepared to testify about the significant deficiencies with the late filed monthly reports as discussed at the prior hearing.

                                                    J.