Fill in this information to identify the case:

Debtor Name: LEWIS M. IRVING

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-13930 (AMC)

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: December

Date report filed: 01/17/2020 (MM/DD/YYYY)

Line of business: CEMETERY

NAISC code: 812220

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: LEWIS M. IRVING

Original signature of responsible party: _____

Printed name of responsible party: LEWIS M. IRVING

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name __LEWIS M. IRVING__                                 Case number __19-13930 (AMC)__

17. Have you paid any bills you owed before you filed bankruptcy?            ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __2,000.00__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ __18,263.16__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ __22,092.07__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __(3,828.91)__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ __(1,828.91)__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                   $ $ 1,400.00

    (Exhibit E)  Income Tax $ 0
    Property tax $1,400.00

Debtor Name  LEWIS M. IRVING                                Case number 19-13930 (AMC)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                $ _____0

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                                            _____0
27. What is the number of employees as of the date of this monthly report?                               _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 15,000.00
30. How much have you paid this month in other professional fees?                                        $ _____0
31. How much have you paid in total other professional fees since filing the case?                       $ _____0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 14,000.00 | − | $ 18,263.16 | = | $ 4,263.16 |
| 33. Cash disbursements | $ 12,000.00 | − | $ 22,092.07 | = | $ 10,092.07 |
| 34. Net cash flow | $ 2,000.00 | − | $ (3,828.91) | = | $ (1,828.91) |

35. Total projected cash receipts for the next month:                                                    $   14,000.00
36. Total projected cash disbursements for the next month:                                             − $   12,000.00
37. Total projected net cash flow for the next month:                                                  = $    2,000.00

Debtor Name  LEWIS M. IRVING                              Case number 19-13930 (AMC)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

000085298 01 AV   0.380  MTD01040122519420981 0055 11 07
LEWIS M IRVING
DIP CASE 19-13930 EDPA
278 THORNTON RD
THORNTON PA  19371

Page: 1 of 2
Statement Period: Nov 26 2019-Dec 25 2019
Cust Ref #: 4351064070-039-T-###
Primary Account #:

## Chapter 11 Checking

LEWIS M IRVING
DIP CASE 19-13930 EDPA

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,081.40 | Average Collected Balance | 5,705.74 |
| Deposits | 6,000.00 | Interest Earned This Period | 0.00 |
| Checks Paid | 7,579.69 | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 282.96 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 4,218.75 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 4,000.00 |
| 12/04 | DEPOSIT | 2,000.00 |
| | Subtotal: | 6,000.00 |

**Checks Paid**   No. Checks: 8

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/04 | 156 | 2,400.00 | 12/10 | 161 | 2,075.77 |
| 12/12 | 157 | 72.60 | 12/10 | 162 | 1,747.50 |
| 12/13 | 158 | 20.00 | 12/10 | 163 | 319.39 |
| 12/09 | 160* | 606.62 | 12/09 | 164 | 337.81 |
| | | | | Subtotal: | 7,579.69 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | ELECTRONIC CK PMT-ARC, ALLSTATE F&C INS CHECKPAYMT 159 | 227.96 |
| 12/10 | DEBIT CARD PAYMENT, *****30050168855, AUT 120919 VISA DDA PUR NEW JERSEY E ZPASS    888 288 6865 * NJ | 55.00 |
| | Subtotal: | 282.96 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/25 | 6,081.40 | 12/10 | 4,311.35 |
| 12/03 | 10,081.40 | 12/12 | 4,238.75 |
| 12/04 | 9,681.40 | 12/13 | 4,218.75 |
| 12/09 | 8,509.01 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

Debtor Name  LEWIS M. IRVING                                    Case number 19-13930 (AMC)

737-MTD01040121219418421

LEWIS M IRVING
DIP CASE 19-13930 EDPA
278 THORNTON RD
THORNTON PA  19371

Page:                    1 of 3
Statement Period:        Nov 12 2019-Dec 11 2019
Cust Ref #:              4351064335-039-T-###
Primary Account #:

## Chapter 11 Checking

LEWIS M IRVING                                                  Account #
DIP CASE 19-13930 EDPA

| | | | |
|---|---|---|---|
| Beginning Balance | 5,761.85 | Average Collected Balance | 8,620.48 |
| Electronic Deposits | 12,263.16 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,966.26 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 16,058.75 | Days in Period | 30 |

### Electronic Deposits

| Date | Description | Amount |
|---|---|---|
| 11/12 | DEBIT CARD CREDIT, *****30049599624, AUT 111119 VISA DDA REF<br>THE HOME DEPOT 4121   GLEN MILLS  * PA | 91.49 |
| 12/02 | VISA TRANSFER, *****30049599624, AUT 113019 VISA TRANSFER<br>ALLSTATE INSURANCE COMPA   VISA DIRECT  * WI | 12,171.67 |
| | Subtotal: | 12,263.16 |

### Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 11/12 | DEBIT CARD PAYMENT, *****30049599624, AUT 110819 VISA DDA PUR<br>ATT BILL PAYMENT     800 288 2020  * TX | 285.86 |
| 11/12 | DEBIT CARD PURCHASE, *****30049599624, AUT 110919 VISA DDA PUR<br>THE HOME DEPOT 4121   GLEN MILLS  * PA | 150.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30049599624, AUT 110819 VISA DDA PUR<br>IDL PROSVENT 1 OF 1    800 7439854  * CA | 99.75 |
| 11/12 | DEBIT POS, *****30049599624, AUT 111219 DDA PURCHASE<br>WAL MART 3252      BOOTHWYN    * PA | 78.40 |
| 11/12 | DEBIT CARD PURCHASE, *****30049599624, AUT 110919 VISA DDA PUR<br>DICOSTANZA S   QPS   BOOTHWYN   * PA | 59.94 |
| 11/15 | DEBIT POS, *****30049599624, AUT 111519 DDA PURCHASE<br>CVS PHARMACY 04 04984    GLEN MILLS  * PA | 22.22 |
| 11/18 | DEBIT POS, *****30049599624, AUT 111519 DDA PURCHASE<br>COSTCO WHSE 1114      GLEN MILLS  * PA | 120.31 |
| 11/18 | DEBIT POS, *****30049599624, AUT 111719 DDA PURCHASE<br>COSTCO GAS 1114      GLEN MILLS  * PA | 45.70 |
| 11/18 | DEBIT POS, *****30049599624, AUT 111819 DDA PURCHASE<br>COSTCO GAS 1114      GLEN MILLS  * PA | 32.20 |
| 11/19 | DEBIT CARD PURCHASE, *****30049599624, AUT 111719 VISA DDA PUR<br>SOUTHWES   526214235096   800 435 9792  * TX | 61.98 |
| 11/21 | DEBIT CARD PURCHASE, *****30049599624, AUT 112019 VISA DDA PUR<br>SQ MARTEL ENTERPRI     ASTON    * PA | 130.50 |