IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
LEWIS M. IRVING,
        Debtor : BANKRUPTCY NO. 19-13930

### ORDER GRANTING MOTION TO RECONSIDER ORDER OF JANUARY 8, 2020, GRANTING MOTION OF THE UNITED STATES TRUSTEE TO CONVERT THIS CASE TO A CHAPTER 7 CASE

AND NOW, this ___ day of February, 2020, upon consideration of the Debtor's Motion Requesting Reconsideration of This Court's Order of January 8, 2020, Granting the Motion of the United States Trustee to Convert This Case to a Chapter 7 Case, and any responses thereto, it is hereby ORDERED as follows:

1. The Motion is ~~GRANTED~~ denied for the reasons stated in open Court.

2. ~~This Court's Order of January 8, 2020, converting this case to a Chapter 7 Case is VACATED. All proceedings administering this case under Chapter 7 of the Bankruptcy Code are stayed pending further Order of this court.~~

3. ~~A hearing to determine the disposition of the other matters before this court on January 8, 2020, is scheduled on February ___, 2020, at ___ .M.~~

1/27/20

_____
J.