United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13930-amc
Lewis M. Irving                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Jan 27, 2020
                              Form ID: pdf900            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db            +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty           +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,   Wilmington, DE 19806-4717
aty           +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,   Suite 801,
                Wilmington, DE 19801-1611
cr            +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,   PO Box 131265,
                Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 28 2020 03:22:25     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2020 03:22:10
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 28 2020 03:22:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
          CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
           lclark@klehr.com
          DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           dckerrick@dkhogan.com,    gdurstein@dkhogan.com
          DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Creditor   LSC19, LLC judgescholl@gmail.com
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
           loan Servicing bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
           debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
           nicholas.s.herron@usdoj.gov,    USTPRegion03.PH.ECF@usdoj.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
           nharrison@klehr.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 7
LEWIS M. IRVING,
      Debtor                           :    BANKRUPTCY NO. 19-13930

### ORDER GRANTING MOTION TO RECONSIDER ORDER OF JANUARY 8, 2020, GRANTING MOTION OF THE UNITED STATES TRUSTEE TO CONVERT THIS CASE TO A CHAPTER 7 CASE

AND NOW, this ___ day of February, 2020, upon consideration of the Debtor's Motion Requesting Reconsideration of This Court's Order of January 8, 2020, Granting the Motion of the United States Trustee to Convert This Case to a Chapter 7 Case, and any responses thereto, it is hereby ORDERED as follows:

1. The Motion is ~~GRANTED.~~ denied for the reasons stated in open Court.

2. ~~This Court's Order of January 8, 2020, converting this case to a Chapter 7 Case is VACATED. All proceedings administering this case under Chapter 7 of the Bankruptcy Code are stayed pending further Order of this court.~~

3. ~~A hearing to determine the disposition of the other matters before this court on January 8, 2020, is scheduled on February ___, 2020, at ___ .M.~~

1/27/20

_____ J.