United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-13930-amc
Lewis M. Irving                                                        Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jan 29, 2020
                             Form ID: 139              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db              +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty             +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,    Wilmington, DE 19806-4717
aty             +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,    Suite 801,
                 Wilmington, PA 19801-1611
14344414        +Bernice Vivian Irving,    278 Thornton Road,    Thornton, PA 19373-1059
14344415         Burkes Landscaping,    3813 West 9th Street,    Chester, PA 19013
14344417        +Con Pro,    P.O. Box 9,    Bangor, PA 18013-0009
14352042         Daimler Trust,    c/o Bk Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14374804        +Kevin P. Callahan, Trial Attorney,    Office of the United States trustee,
                 200 Chestnut Street, Suite 502,    Philadelphia, Pa 19106-2908
14346160        +LSC19,    c/o Michael J. Barrie,    One Liberty Place,    1650 Market Street, 36th Floor, Suite 36,
                 Philadelphia, Pa 19103-7334
14369023        +LSC19, LLC,    Dan Will,    13949 Ventura Blvd.,    Suite 300,    Sherman Oaks, CA 91423-3570
14352039         Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
14354841        +Metropolitan Life Company,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14431945        +Univest Bank & Trust Co.,    c/o William R. Hinchman, Esquire,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market, Suite 1400,    Philadelphia, Pa 19103-2945
14431932        +Univest Bank & Trust Co.,    c/o Christopher J. Leavell, Esquire,
                 Klehr Harrison Harvey Branzburg LLP,    1835 Market, Suite 1400,    Philadelphia, Pa 19103-2945
14448694        +Univest Bank and Trust Co., successor-by-merger to,    14 North Main Street,
                 Souderton, PA 18964-1713
14344421        +Wilmington Savings Fund Society,    Loan Processing Center,    P.O. Box 71272,
                 Philadelphia, PA 19176-6272
14364082        +Wilmington Savings Fund Society, FSB,    c/o Daniel C. Kerrick, Esquire,    Hogan McDaniel,
                 1311 Delaware Avenue,    Wilmington, De 19806-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 30 2020 03:27:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 30 2020 03:27:30      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14344411         EDI: AMEREXPR.COM Jan 30 2020 08:13:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
14358307         EDI: BECKLEE.COM Jan 30 2020 08:13:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14344412        +E-mail/Text: gcummings@thebancorp.com Jan 30 2020 03:27:06      Bancorp Bank,
                 1818 Market street,    Philadelphia, PA 19103-3629
14344413        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2020 03:27:30
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14344416        +EDI: COMCASTCBLCENT Jan 30 2020 08:13:00      Comcast,    P.O. Box 3002,
                 Sotheastern, PA 19398-3002
14349565         EDI: DISCOVER.COM Jan 30 2020 08:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14352546         EDI: IRS.COM Jan 30 2020 08:13:00      IRS,    P.O. Box 7346,    Phila., PA  19101-7346
14344419        +EDI: DAIMLER.COM Jan 30 2020 08:13:00      Mercedes Benz Leasing,    P.O. Box 685,
                 Roanoke, TX 76262-0685
14395693        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2020 03:27:30
                 Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
14344420         E-mail/Text: bankruptcygroup@peco-energy.com Jan 30 2020 03:27:12      PECO Energy,
                 P.O. Box 37629,    Philadelphia, PA 19101-0629
14376897         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2020 03:27:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14366001        +E-mail/Text: Bankruptcy@wsfsbank.com Jan 30 2020 03:27:45
                 Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 10th Floor,
                 Wilmington, DE 19801-7405
                                                                                          TOTAL: 14

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
14361402*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14344422*       +Wilmington Savings Fund Society,    Loan Processing Center,    P.O. Box 71272,
                 Philadelphia, PA 19176-6272

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jan 29, 2020
                              Form ID: 139             Total Noticed: 31

14344418      ##+Fox Chase Bank,     P. O. Box 1250,     Blue Bell, PA 19422-0409
                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
          CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
          lclark@klehr.com
          DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
          dckerrick@dkhogan.com,  gdurstein@dkhogan.com
          DAVID A. SCHOLL    on behalf of Creditor    LSC19, LLC judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
          GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
          gfs@trustesolutions.net;Jblackford@gsbblaw.com
          GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
          loan Servicing bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
          debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
          nicholas.s.herron@usdoj.gov,  USTPRegion03.PH.ECF@usdoj.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
          nharrison@klehr.com
                                                                          TOTAL: 12
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Lewis M. Irving
278 Thornton Road
Thornton, PA 19373

Debtor(s)                                                                                          Case No: 19−13930−amc

                                                                                                   Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−3836

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

**Date:** 5/1/20

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
**Any creditor who has filed a proof of claim already need not file another proof of claim.**

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 1/29/20

129
Form 139