**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **LEWIS M. IRVING** | ) | |
| | ) | |
| Debtor. | ) | Case No.  19-13930-AMC |

**CERTIFICATE OF NO RESPONSE**

On January 29, 2020, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Application of the Chapter 7 Trustee for Authority to Employ Gellert Scali Busenkell & Brown LLC as General Counsel (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before February 5, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The Application of the Chapter 7 Trustee for Authority to Employ Gellert Scali Busenkell & Brown LLC as General Counsel be entered at the Court's earliest convenience.

Dated: February 6, 2020

GELLERT SCALI BUSENKELL & BROWN LLC

By:    */s/ Holly S. Miller*
       Holly S. Miller (PA ID #203979)
       8 Penn Center
       1628 John F. Kennedy Blvd
       Philadelphia, PA 19103
       Telephone: 215-238-0012
       Facsimile: 215-238-0016
       hsmiller@gsbblaw.com
       *Counsel to the Chapter 7 Trustee*