United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13930-amc
Lewis M. Irving                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 1              Date Rcvd: Feb 11, 2020
                             Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db          +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty         +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,    Wilmington, DE 19806-4717
aty         +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,   Suite 801,
              Wilmington, DE 19801-1611
cr          +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Feb 12 2020 02:55:13     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:55:00
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 12 2020 02:55:08    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
               lclark@klehr.com
              DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               dckerrick@dkhogan.com,    gdurstein@dkhogan.com
              DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Creditor    LSC19, LLC judgescholl@gmail.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
              GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;Jblackford@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
               loan Servicing bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
               nicholas.s.herron@usdoj.gov,    USTPRegion03.PH.ECF@usdoj.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
               nharrison@klehr.com
                                                                                              TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | )  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| LEWIS M. IRVING, | ) | |
| | ) | |
| Debtor. | ) | Case No.  19-13930-AMC |

## O R D E R

AND NOW, upon consideration of the Application of Gary F. Seitz, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel, it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee.  Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

BY THE COURT

Dated:  **February 10, 2020**

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE