**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
|  | )  **Chapter 7** |
| **LEWIS M. IRVING** | ) |
|  | ) |
| Debtor. | )  **Case No. 19-13930-AMC** |

## CERTIFICATE OF NO RESPONSE

On February 7, 2020, Gary F. Seitz, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Application of the Chapter 7 Trustee for Authority to Employ Bederson, LLP as Accountants (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before February 14, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The Application of the Chapter 7 Trustee for Authority to Employ Bederson, LLP as Accountants be entered at the Court's earliest convenience.

Dated: February 17, 2020

GELLERT SCALI BUSENKELL & BROWN LLC

By:   */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
8 Penn Center
1628 John F. Kennedy Blvd
Philadelphia, PA 19103
Telephone: 215-238-0012
Facsimile: 215-238-0016
hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*