IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| LEWIS M. IRVING | ) |
| | ) |
| Debtor. | ) Case No. 19-13930-AMC |

**ORDER APPROVING APPLICATION OF GARY F. SEITZ, CHAPTER 7 TRUSTEE,
TO EMPLOY BEDERSON LLP AS ACCOUNTANTS.**

**AND NOW**, this ___ day of _____, 2020, upon consideration of the Application of Gary F. Seitz, Chapter 7 Trustee (the "Trustee") for the estate of Lewis M. Irving (the "Debtor"), to Employ Bederson LLP ("Bederson") as Accountants, Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014, (the "Application"), and the Court being satisfied that Bederson has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Bederson's retention is in the best interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ Bederson as accountants, for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth; and it is further

**ORDERED**, that Bederson shall be entitled to be compensated for its services at the rates set forth in the Application and Exhibit, as well as reimbursement of out of pocket expenses; and it is further

**ORDERED**, that Bederson's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with <u>In Re Busy Beaver Building Centers, Inc.</u>, 19 F. 3d 33 (3rd Cir. 1994).

Dated: **February 25**, 2020

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE