**Fill in this information to identify the case:**

Debtor Name: LEWIS M. IRVING

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 19-13930 (AMC)

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: February                                           Date report filed: 04/05/2020
                                                                          MM / DD / YYYY
Line of business: CEMETERY                                NAISC code: 812220

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: LEWIS M. IRVING
Original signature of responsible party: /s/ Lewis M. Irving
Printed name of responsible party: LEWIS M. IRVING

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name **LEWIS M. IRVING**  
Case number **19-13930 (AMC)**

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __15,289.87__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ __49,510.00__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $ __47,222.95__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.       + $ __2,287.05__
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.       = $ __17,576.92__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $ 2,940.00

    (Exhibit E)  Income Tax $ 490.00

    Property tax $1,400.00

Debtor Name  LEWIS M. IRVING                            Case number 19-13930 (AMC)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   0
27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 15,000.00
30. How much have you paid this month in other professional fees?   $ 0
31. How much have you paid in total other professional fees since filing the case?   $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A  Projected  Copy lines 35-37 from the previous month's report. | Column B  Actual  Copy lines 20-22 of this report. | Column C  Difference  Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ 14,000.00 | − $ 49,510.00 = | $ 35,510.00 |
| 33. **Cash disbursements** | $ 12,000.00 | − $ 47,222.95 = | $ (35,222.95) |
| 34. **Net cash flow** | $ 2,000.00 | − $ 2,287.05 = | $ 287.05 |

35. Total projected cash receipts for the next month:   $ 14,000.00
36. Total projected cash disbursements for the next month:   − $ 12,000.00
37. Total projected net cash flow for the next month:   = $ 2,000.00

Debtor Name  LEWIS M. IRVING                              Case number 19-13930 (AMC)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# Sharon Bank
### Moving forward since 1873
www.sharonbank.com    610-586-4070


Member FDIC

00000772 M3161030120061259000 01 000000000 0000786 003

HAVEN MEMORIAL PARK
CEMETARY AND CREMATORY INC
278 THORNTON RD
THORNTON PA 19373

**CHECKING ACCOUNT**    **STATEMENT PERIOD FROM 02/01/2020 TO 02/29/2020**
ACCOUNT NUMBER:    172954893    PAGE: 1

### ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS STATEMENT DATE: | 01/31/2020 |
| BEGINNING BALANCE: | 15,289.87 |
| + DEPOSITS/CREDITS: | 49,510.00 |
| + INTEREST: | .00 |
| 7 TOTAL CREDITS: | 49,510.00 |
| 72 TOTAL WITHDRAWALS/DEBITS: | 47,222.95 |
| ENDING BALANCE: | 17,576.92 |

### SERVICE CHARGES

ACCOUNT MAINTENANCE    2.00

AVERAGE BALANCE:    20,437.53    MINIMUM BALANCE:    12,746.63

### ACCOUNT DETAIL

| DATE | DESCRIPTION | | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|
| 01/31 | BALANCE FORWARD | | | | 15,289.87 |
| 02/03 | DBT PURCHASE | DICOSTANZA S | | 21.74- | 15,268.13 |
| | DICOSTANZA S | QPS BOOTHWYN PA | | | |
| | SEQ#493079 | DATE 2/01/20 TIME 13:23 | | | |
| 02/03 | CHECK NUMBER | 577 | | 21.50- | 15,246.63 |

----CONTINUED ON NEXT PAGE----

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

```
CHECKING ACCOUNT                    STATEMENT PERIOD FROM 02/01/2020 TO 02/29/2020
ACCOUNT NUMBER:  172954893
                                                                        PAGE:  2

ACCOUNT DETAIL
   DATE  DESCRIPTION                          DEPOSITS    WITHDRAWALS      BALANCE
   02/03 BALANCE FORWARD FROM PREV. PAGE                                 15,246.63
   02/04 CHECK NUMBER          584                         2,500.00-     12,746.63
   02/05 DEPOSIT                                6,145.00                 18,891.63
   02/05 POS PURCHASE     GIANT 6116 1393 D                   25.83-     18,865.80
         GIANT 6116 1393 DILWOR   WEST CHESTER   PA
         SEQ#174179      DATE  2/05/20 TIME 14:56
   02/05 DEPOSIT                                   45.00                 18,910.80
   02/05 POS PURCHASE     DAVID DODGE LLC                     52.18-     18,858.62
         1801 RT 202           GLEN MILLS   PA
         SEQ#966991      DATE  2/05/20 TIME 17:43
   02/06 CHECK NUMBER          568                           775.00-     18,083.62
   02/06 CHECK NUMBER          575                           275.00-     17,808.62
   02/07 CHECK NUMBER          572                           350.00-     17,458.62
   02/07 CHECK NUMBER          573                           295.00-     17,163.62
   02/07 CHECK NUMBER          574                           700.00-     16,463.62
   02/10 DBT PURCHASE     LUKOIL 57732                        41.58-     16,422.04
         LUKOIL 57732           EASTAMPTON    NJ
         SEQ#199859      DATE  2/09/20 TIME 11:38
   02/10 HARFORD-MUTL-INS INSURANCE                          796.10-     15,625.94
   02/12 DBT PURCHASE     CARPARTS    *                       27.71-     15,598.23
         CARPARTS    *         800-913-6127   CA
         SEQ#907211      DATE  2/11/20 TIME 20:00
   02/12 DEPOSIT                               16,455.00                 32,053.23
   02/14 DEPOSITED ITEM REV FEE                                15.00-    32,038.23
   02/14 DISTINGUISHED MEMORIAL CHAPELS                     4,150.00-    27,888.23
         TD BANK
         036001808
   02/14 POS PURCHASE     WAL-MART #3252                      82.01-    27,806.22
         605 CONCHESTER HWY      BOOTHWYN    PA
         SEQ#560263      DATE  2/14/20 TIME 14:50
   02/14 CHECK NUMBER          600                           350.00-    27,456.22
   02/14 CHECK NUMBER          601                           350.00-    27,106.22
   02/14 CHECK NUMBER          602                           295.00-    26,811.22
   02/14 CHECK NUMBER          603                           700.00-    26,111.22
   02/18 DBT PURCHASE     INNOVUSPHARMA.COM                  199.95-    25,911.27
         INNOVUSPHARMA.COM     800-996-5122   CA
         SEQ#424427      DATE  2/14/20 TIME 22:52
   02/18 DBT PURCHASE     LUKOIL 57732                        33.52-    25,877.75
         LUKOIL 57732           EASTAMPTON    NJ
         SEQ#215217      DATE  2/16/20 TIME 12:21
   02/18 POS PURCHASE     WAWA 8027                            6.46-    25,871.29
         5008 PENNELL ROAD      ASTON    PA
         SEQ#854369      DATE  2/17/20 TIME 13:48
   02/18 POS PURCHASE     WAWA 8027                           54.74-    25,816.55
         5008 PENNELL ROAD      ASTON    PA
         SEQ#832501      DATE  2/17/20 TIME 13:42
   02/18 DBT PURCHASE     MID ATLANTIC RETI                   18.25-    25,798.30
         MID ATLANTIC RETINA WI  WILMINGTON   DE
         SEQ#141941      DATE  2/17/20 TIME 09:04
```

----CONTINUED ON NEXT PAGE----



**CHECKING ACCOUNT**                                **STATEMENT PERIOD FROM 02/01/2020 TO 02/29/2020**
ACCOUNT NUMBER:   172954893                                                              PAGE:  3

## ACCOUNT DETAIL

| DATE | DESCRIPTION | | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|
| 02/18 | BALANCE FORWARD FROM PREV. PAGE | | | | 25,798.30 |
| 02/18 | DEPOSIT | | 1,590.00 | | 27,388.30 |
| 02/18 | DEPOSIT | | 9,655.00 | | 37,043.30 |
| 02/18 | POS PURCHASE | CONCORD PET FOODS | | 27.54- | 37,015.76 |
| | CONCORD PET FOODS&SUPP | ASTON           PA | | | |
| | SEQ#009504 | DATE  2/18/20 TIME 12:40 | | | |
| 02/18 | WIRE AND FEE | | | 5,030.00- | 31,985.76 |
| 02/18 | POS PURCHASE | AMAZON.COM*Y989I4 | | 24.86- | 31,960.90 |
| | AMAZON.COM | SEATTLE         WA | | | |
| | SEQ#492729 | DATE  2/18/20 TIME 07:09 | | | |
| 02/18 | CHECK NUMBER | 586 | | 726.44- | 31,234.46 |
| 02/18 | CHECK NUMBER | 592 | | 152.07- | 31,082.39 |
| 02/19 | CHECK NUMBER | 585 | | 3,033.89- | 28,048.50 |
| 02/19 | CHECK NUMBER | 587 | | 393.24- | 27,655.26 |
| 02/19 | CHECK NUMBER | 588 | | 2,746.78- | 24,908.48 |
| 02/19 | CHECK NUMBER | 590 | | 1,825.77- | 23,082.71 |
| 02/19 | CHECK NUMBER | 595 | | 1,834.88- | 21,247.83 |
| 02/19 | CHECK NUMBER | 596 | | 237.58- | 21,010.25 |
| 02/19 | CHECK NUMBER | 597 | | 122.00- | 20,888.25 |
| 02/19 | CHECK NUMBER | 598 | | 1,350.00- | 19,538.25 |
| 02/19 | CHECK NUMBER | 599 | | 296.62- | 19,241.63 |
| 02/20 | POS PURCHASE | CONCORD PIKE, 129 | | 39.67- | 19,201.96 |
| | 5301 CONCORD PIKE | WILMINGTON      DE | | | |
| | SEQ#591416 | DATE  2/20/20 TIME 12:10 | | | |
| 02/20 | CHECK NUMBER | 589 | | 300.00- | 18,901.96 |
| 02/20 | CHECK NUMBER | 591 | | 193.43- | 18,708.53 |
| 02/20 | CHECK NUMBER | 593 | | 23.97- | 18,684.56 |
| 02/20 | CHECK NUMBER | 594 | | 138.39- | 18,546.17 |
| 02/21 | CHECK NUMBER | 607 | | 350.00- | 18,196.17 |
| 02/21 | CHECK NUMBER | 608 | | 295.00- | 17,901.17 |
| 02/21 | CHECK NUMBER | 609 | | 800.00- | 17,101.17 |
| 02/22 | POS PURCHASE | SAM & SAM MEATS | | 73.74- | 17,027.43 |
| | 851 UPLAND AVE | UPLAND          PA | | | |
| | SEQ#768809 | DATE  2/22/20 TIME 12:43 | | | |
| 02/24 | DEPOSIT | | 8,490.00 | | 25,517.43 |
| 02/24 | ATM INQUIRY | ASTON | | | 25,517.43 |
| | 4956 PENNELL ROAD | ASTON           PA | | | |
| | SEQ#000129 | DATE  2/24/20 TIME 09:49 | | | |
| 02/24 | CHECK NUMBER | 604 | | 1,029.13- | 24,488.30 |
| 02/24 | CHECK NUMBER | 606 | | 91.28- | 24,397.02 |
| 02/25 | DEPOSIT | | 7,130.00 | | 31,527.02 |
| 02/25 | CHECK NUMBER | 605 | | 1,114.24- | 30,412.78 |
| 02/25 | CHECK NUMBER | 610 | | 262.19- | 30,150.59 |
| 02/25 | CHECK NUMBER | 611 | | 304.78- | 29,845.81 |
| 02/25 | CHECK NUMBER | 612 | | 425.07- | 29,420.74 |
| 02/25 | CHECK NUMBER | 621 | | 4,000.00- | 25,420.74 |
| 02/26 | DBT PURCHASE | ALLSTATE    *PAYM | | 293.13- | 25,127.61 |
| | ALLSTATE    *PAYMENT | 800-255-7828   IL | | | |
| | SEQ#193315 | DATE  2/25/20 TIME 11:51 | | | |

----CONTINUED ON NEXT PAGE----

**CHECKING ACCOUNT**  
ACCOUNT NUMBER:  172954893

**STATEMENT PERIOD FROM 02/01/2020 TO 02/29/2020**

PAGE:  4

### ACCOUNT DETAIL

| DATE | DESCRIPTION | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|
| 02/26 | BALANCE FORWARD FROM PREV. PAGE | | | 25,127.61 |
| 02/26 | DBT RECUR-PURCH AT&T  *PAYMENT | | 263.07- | 24,864.54 |
| | AT&T  *PAYMENT     800-288-2020  TX | | | |
| | SEQ#039657    DATE  2/25/20 TIME 12:53 | | | |
| 02/26 | DBT RECUR-PURCH AT&T  *PAYMENT | | 215.04- | 24,649.50 |
| | AT&T  *PAYMENT     800-288-2020  TX | | | |
| | SEQ#437335    DATE  2/25/20 TIME 12:17 | | | |
| 02/26 | POS PURCHASE    COSTCO WHSE #1114 | | 219.39- | 24,430.11 |
| | 700 EVERGREEN DR     GLEN MILLS    PA | | | |
| | SEQ#067846    DATE  2/26/20 TIME 17:22 | | | |
| 02/26 | POS PURCHASE    COSTCO GAS #1114 | | 34.14- | 24,395.97 |
| | 700 EVERGREEN DR     GLEN MILLS    PA | | | |
| | SEQ#082704    DATE  2/26/20 TIME 17:36 | | | |
| 02/26 | CHECK NUMBER      622 | | 1,000.00- | 23,395.97 |
| 02/27 | DBT RECUR-PURCH AT&T  *PAYMENT | | 221.50- | 23,174.47 |
| | AT&T  *PAYMENT     800-288-2020  TX | | | |
| | SEQ#504483    DATE  2/26/20 TIME 06:44 | | | |
| 02/27 | POS PURCHASE    LOWE'S #658 | | 837.65- | 22,336.82 |
| | 20364 PLANTATIONS    LEWES    DE | | | |
| | SEQ#107339    DATE  2/27/20 TIME 10:59 | | | |
| 02/27 | CHECK NUMBER      615 | | 210.60- | 22,126.22 |
| 02/27 | CHECK NUMBER      616 | | 2,307.77- | 19,818.45 |
| 02/28 | CHECK NUMBER      613 | | 463.50- | 19,354.95 |
| 02/28 | CHECK NUMBER      618 | | 293.13- | 19,061.82 |
| 02/28 | CHECK NUMBER      628 | | 350.00- | 18,711.82 |
| 02/28 | CHECK NUMBER      629 | | 295.00- | 18,416.82 |
| 02/28 | CHECK NUMBER      630 | | 800.00- | 17,616.82 |
| 02/29 | DBT PURCHASE    ROYAL FARMS #123 | | 37.90- | 17,578.92 |
| | ROYAL FARMS #123    MILLSBORO    DE | | | |
| | SEQ#418481    DATE  2/27/20 TIME 12:36 | | | |
| 02/29 | SERVICE CHARGE | | 2.00- | 17,576.92 |

### CHECKS IN ORDER

| DATE | NUMBER | AMOUNT | TRACE-NBR | DATE | NUMBER | AMOUNT | TRACE-NBR |
|---|---|---|---|---|---|---|---|
| 02/06 | 568 | 775.00 | 0008528410 | 02/07 | 572* | 350.00 | 0008045850 |
| 02/07 | 573 | 295.00 | 0008044780 | 02/07 | 574 | 700.00 | 0008044790 |
| 02/06 | 575 | 275.00 | 0008528960 | 02/03 | 577* | 21.50 | 0008512320 |
| 02/04 | 584* | 2,500.00 | 0008521880 | 02/19 | 585 | 3,033.89 | 0008558160 |
| 02/18 | 586 | 726.44 | 0008551730 | 02/19 | 587 | 393.24 | 0008000670 |
| 02/19 | 588 | 2,746.78 | 0008558190 | 02/20 | 589 | 300.00 | 0008013260 |
| 02/19 | 590 | 1,825.77 | 0008005610 | 02/20 | 591 | 193.43 | 0008012830 |
| 02/18 | 592 | 152.07 | 0008550700 | 02/20 | 593 | 23.97 | 0008012780 |
| 02/20 | 594 | 138.39 | 0008012820 | 02/19 | 595 | 1,834.88 | 0008005620 |
| 02/19 | 596 | 237.58 | 0008002820 | 02/19 | 597 | 122.00 | 0008004220 |
| 02/19 | 598 | 1,350.00 | 0008004850 | 02/19 | 599 | 296.62 | 0008003890 |
| 02/14 | 600 | 350.00 | 0008019880 | 02/14 | 601 | 350.00 | 0008546160 |
| 02/14 | 602 | 295.00 | 0008019720 | 02/14 | 603 | 700.00 | 0008019670 |
| 02/24 | 604 | 1,029.13 | 0008500590 | 02/25 | 605 | 1,114.24 | 0008510050 |
| 02/24 | 606 | 91.28 | 0008500510 | 02/21 | 607 | 350.00 | 0008562480 |

----CONTINUED ON NEXT PAGE----



**CHECKING ACCOUNT**
ACCOUNT NUMBER:   172954893

**STATEMENT PERIOD FROM 02/01/2020 TO 02/29/2020**

PAGE:   5

### CHECKS IN ORDER

| DATE | NUMBER | AMOUNT | TRACE-NBR | DATE | NUMBER | AMOUNT | TRACE-NBR |
|---|---|---|---|---|---|---|---|
| 02/21 | 608 | 295.00 | 0008019010 | 02/21 | 609 | 800.00 | 0008018990 |
| 02/25 | 610 | 262.19 | 0008509160 | 02/25 | 611 | 304.78 | 0008510830 |
| 02/25 | 612 | 425.07 | 0008510040 | 02/28 | 613 | 463.50 | 0008523440 |
| 02/27 | 615* | 210.60 | 0008520880 | 02/27 | 616 | 2,307.77 | 0008521320 |
| 02/28 | 618* | 293.13 | 0008523350 | 02/25 | 621* | 4,000.00 | 0008513180 |
| 02/26 | 622 | 1,000.00 | 0008514830 | 02/28 | 628* | 350.00 | 0008529470 |
| 02/28 | 629 | 295.00 | 0008529460 | 02/28 | 630 | 800.00 | 0008527710 |

(*) CHECK NUMBERS MISSING
(NOTAVL) CHECK # NOT AVAILABLE          TOTAL    44    34,378.25

### SUMMARY OF ACCOUNTS

DEPOSIT ACCOUNTS

| AP | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|---|---|---|---|---|---|---|
| CK | 172954893 | 17,576.92 | | | | |

---

TO REPORT YOUR ATM/MASTERCARD DEBIT CARD LOST OR STOLEN,
OR USED WITHOUT YOUR AUTHORIZATION, PLEASE CALL 1-800-264-5578
A FRAUD DETECTION TEAM MEMBER IS AVAILABLE 24X7.

FEDERAL LAW REQUIRES US TO TELL YOU HOW WE COLLECT, SHARE, AND
PROTECT YOUR PERSONAL INFORMATION.  SHARON BANK'S PRIVACY
POLICY HAS NOT CHANGED.  YOU MAY REVIEW OUR POLICY AND
PRACTICES WITH RESPECT TO YOUR PERSONAL INFORMATION AT
WWW.SHARONBANK.COM OR CALL US AT 800-749-8035 AND WE WILL MAIL
YOU A FREE COPY UPON REQUEST.

00000772 0001659 0005-0005