**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 7** |
| **LEWIS M. IRVING,** | ) |
| | ) |
| Debtor. | ) **Case No. 19-13930-amc** |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

In light of the Debtor's Amended Claim of Exemptions, kindly withdraw the Trustee's Objection to Debtor's Claim of Exemptions filed on March 13, 2020 at D.I No. 146

Dated: 4/10/2020                    GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*