United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13930-amc
Lewis M. Irving                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Apr 14, 2020
                              Form ID: 211             Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db        +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
aty       +GARVAN F. MCDANIEL,    Hogan McDaniel,    1311 Delaware Avenue,    Wilmington, DE 19806-4717
aty       +KEVIN M CAPUZZI,    Benesch,Friedlander,Coplan and Aronoff,    222 Delaware Avenue,    Suite 801,
            Wilmington, DE 19801-1611
acc       +Bederson LLP,    c/o Charles N. Persing,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr        +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
            Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: duffyk@co.delaware.pa.us Apr 15 2020 04:40:29     Delaware County Tax Claim Bureau,
             Government Center,    201 W. Front Street,    Media, PA 19063-2708
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
              CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Univest Bank & Trust Co. cleavell@klehr.com,
               lclark@klehr.com
              DANIEL CHRISTOPHER KERRICK    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               dckerrick@dkhogan.com,    gdurstein@dkhogan.com
              DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
              DAVID A. SCHOLL    on behalf of Creditor    LSC19, LLC judgescholl@gmail.com
              GARY F SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com
              GARY F. SEITZ     gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trustesolutions.net;Jblackford@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com,    abrown@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company, at c/o Bayview
               loan Servicing bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MICHAEL JASON BARRIE    on behalf of Creditor    LSC19, LLC mbarrie@beneschlaw.com,
               debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
              NICHOLAS S. HERRON    on behalf of U.S. Trustee    United States Trustee
               nicholas.s.herron@usdoj.gov,    USTPRegion03.PH.ECF@usdoj.gov
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               sbottiglieri@toscanigillin.com,    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
               nharrison@klehr.com
                                                                                             TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                   Chapter: 7

     Lewis M. Irving

Debtor(s)                                          Case No: 19−13930−amc

___

### *ORDER*

AND NOW, 4/14/20 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 4/28/20 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                  For The Court

                                                  Ashely M. Chan

                                                  Judge ,United States Bankruptcy Court