Certificate Number: 05781-PAE-DE-034356594

Bankruptcy Case Number: 19-13930



05781-PAE-DE-034356594

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2020, at 11:30 o'clock AM PDT, Lewis Irving completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 18, 2020                By:   /s/Allison M Geving

                                      Name: Allison M Geving

                                      Title: President