Fill in this information to identify the case:

Debtor Name: __LEWIS M. IRVING__

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: __19-13930 (AMC)__

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __APRIL__

Date report filed: __06/10/2020__
MM / DD / YYYY

Line of business: __CEMETERY__

NAISC code: __812220__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __LEWIS M. IRVING__

Original signature of responsible party: ____

Printed name of responsible party: __LEWIS M. IRVING__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  LEWIS M. IRVING

Case number  19-13930 (AMC)

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ __14,142.57

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ __38,221.31

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ __32,353.27

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ __5,868.04

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ __14,142.57

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $2,573.60

    (Exhibit E)  Income Tax $ 1,173.60

    Property tax $1,400.00

Debtor Name LEWIS M. IRVING

Case number 19-13930 (AMC)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**
    *(Exhibit F)*  $ 0

## 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 15,000.00
30. How much have you paid this month in other professional fees?  $ 0
31. How much have you paid in total other professional fees since filing the case?  $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** (Copy lines 35-37 from the previous month's report.) | − | Column B **Actual** (Copy lines 20-22 of this report.) | = | Column C **Difference** (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 14,000.00 | − | $ 38,221.31 | = | $ 24,221.31 |
| 33. **Cash disbursements** | $ 12,000.00 | − | $ 32,353.27 | = | $ 20,353.27 |
| 34. **Net cash flow** | $ 2,000.00 | − | $ 5,868.04 | = | $ 3,868.04 |

35. Total projected cash receipts for the next month:  $ 14,000.00
36. Total projected cash disbursements for the next month:  − $ 12,000.00
37. Total projected net cash flow for the next month:  = $ 2,000.00

Debtor Name  LEWIS M. IRVING                                    Case number 19-13930 (AMC)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Debtor Name LEWIS M. IRVING

Case number 19-13930 (AMC)

## Monthly Profit & Loss Statement
For HAVEN MEMORIAL PARK (Name of Business)
Month Ending April 30, 2020

**Income:**
1. Your Business Income
2. **TOTAL INCOME** — 38,221.31 / $38221

**Business Expenses:**
3. Advertising/Marketing $
4. Credit/Debit Card Fees $
5. Equipment Rental/Lease $
6. Insurance Expense $
7. Licenses/Permits $
8. Office Supplies Expense $
9. Postage & Delivery $
10. Rent – Office/Storage Space, Etc. $
11. Supplies/Materials Expense $
12. Travel/Entertainment $
13. Utilities Expense $
14. Vehicle Expense $

Other Business Expenses:
15. $
16. $
17. $
18. **TOTAL OPERATING EXPENSES** $32353
    (Add lines 3 through 17 = line 18)

19. **PROFIT OR (LOSS) FROM BUSINESS** $5868
    (Line 2 minus line 18 = line 19)

PREPARED BY: Lewis M Irving

DATE PREPARED: 06/12/2020

Debtor Name  LEWIS M. IRVING                                    Case number  19-13930 (AMC)

# Sharon Bank
➡ Moving forward since 1873
www.sharonbank.com    610-586-4070

Member FDIC

00000786 M31610501200060855000 01 000000000 0000800 003
HAVEN MEMORIAL PARK
CEMETARY AND CREMATORY INC
278 THORNTON RD
THORNTON PA 19373

**CHECKING ACCOUNT**                              **STATEMENT PERIOD FROM 04/01/2020 TO 04/30/2020**
ACCOUNT NUMBER: ████2954███                                                          PAGE: 1

### ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS STATEMENT DATE: | 03/31/2020 |
| BEGINNING BALANCE: | 8,274.53 |
| + DEPOSITS/CREDITS: | 38,221.31 |
| + INTEREST: | .00 |
| 8 TOTAL CREDITS: | 38,221.31 |
| 74 TOTAL WITHDRAWALS/DEBITS: | 32,353.27 |
| ENDING BALANCE: | 14,142.57 |

### SERVICE CHARGES

ACCOUNT MAINTENANCE                                2.00

AVERAGE BALANCE:    12,639.58       MINIMUM BALANCE:    4,636.66

### ACCOUNT DETAIL

| DATE | DESCRIPTION | | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|
| 03/31 | BALANCE FORWARD | | | | 8,274.53 |
| 04/02 | CHECK NUMBER | 647 | | 152.07- | 8,122.46 |
| 04/02 | CHECK NUMBER | 650 | | 304.78- | 7,817.68 |
| 04/02 | CHECK NUMBER | 660 | | 21.00- | 7,796.68 |
| 04/03 | CHECK NUMBER | 643 | | 187.27- | 7,609.41 |

----CONTINUED ON NEXT PAGE----

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Debtor Name **LEWIS M. IRVING**

Case number **19-13930 (AMC)**

**CHECKING ACCOUNT**
ACCOUNT NUMBER: [redacted]

STATEMENT PERIOD FROM 04/01/2020 TO 04/30/2020

PAGE: 2

## ACCOUNT DETAIL

| DATE | DESCRIPTION | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|
| 04/03 | BALANCE FORWARD FROM PREV. PAGE | | | 7,609.41 |
| 04/03 | CHECK NUMBER 648 | | 198.44- | 7,410.97 |
| 04/03 | CHECK NUMBER 649 | | 138.39- | 7,272.58 |
| 04/03 | CHECK NUMBER 651 | | 576.53- | 6,696.05 |
| 04/03 | CHECK NUMBER 652 | | 872.78- | 5,823.27 |
| 04/03 | CHECK NUMBER 657 | | 126.15- | 5,697.12 |
| 04/03 | CHECK NUMBER 658 | | 221.96- | 5,475.16 |
| 04/03 | CHECK NUMBER 659 | | 122.00- | 5,353.16 |
| 04/03 | CHECK NUMBER 662 | | 16.50- | 5,336.66 |
| 04/03 | CHECK NUMBER 664 | | 350.00- | 4,986.66 |
| 04/03 | CHECK NUMBER 665 | | 350.00- | 4,636.66 |
| 04/06 | DEPOSIT | 8,970.00 | | 13,606.66 |
| 04/06 | CHECK NUMBER 653 | | 197.40- | 13,409.26 |
| 04/06 | CHECK NUMBER 661 | | 376.11- | 13,033.15 |
| 04/07 | DBT RECUR-PURCH AT&T*BILL PAYMENT AT&T*BILL PAYMENT 8003310500 GA SEQ#820554 DATE 4/06/20 TIME 11:10 | | 78.86- | 12,954.29 |
| 04/07 | DEPOSIT | 685.00 | | 13,639.29 |
| 04/07 | CHECK NUMBER 654 | | 39.31- | 13,599.98 |
| 04/07 | CHECK NUMBER 655 | | 91.34- | 13,508.64 |
| 04/07 | CHECK NUMBER 656 | | 393.24- | 13,115.40 |
| 04/07 | CHECK NUMBER 669 | | 198.65- | 12,916.75 |
| 04/08 | HARFORD-MUTL-INS INSURANCE | | 796.10- | 12,120.65 |
| 04/09 | CHECK NUMBER 667 | | 199.69- | 11,920.96 |
| 04/10 | POS PURCHASE CVS/PHARM 04984-- CVS/PHARM 04984--863 B GLEN MILLS PA SEQ#907583 DATE 4/10/20 TIME 15:15 | | 42.60- | 11,878.36 |
| 04/10 | CHECK NUMBER 666 | | 423.32- | 11,455.04 |
| 04/10 | CHECK NUMBER 670 | | 975.00- | 10,480.04 |
| 04/10 | CHECK NUMBER 671 | | 350.00- | 10,130.04 |
| 04/10 | CHECK NUMBER 672 | | 295.00- | 9,835.04 |
| 04/14 | DEPOSIT | 5,125.00 | | 14,960.04 |
| 04/14 | CHECK NUMBER 668 | | 192.06- | 14,767.98 |
| 04/15 | POS PURCHASE GIANT 6116 1393 D GIANT 6116 1393 DILWOR WEST CHESTER PA SEQ#255710 DATE 4/15/20 TIME 12:05 | | 175.17- | 14,592.81 |
| 04/17 | DEPOSIT | 4,925.00 | | 19,517.81 |
| 04/17 | POS PURCHASE CVS/PHARMACY #04 04984--863 BALTIMO GLEN MILLS PA SEQ#356783 DATE 4/17/20 TIME 16:53 | | 129.70- | 19,388.11 |
| 04/17 | CHECK NUMBER 674 | | 1,834.88- | 17,553.23 |
| 04/17 | CHECK NUMBER 684 | | 975.00- | 16,578.23 |
| 04/17 | CHECK NUMBER 685 | | 350.00- | 16,228.23 |
| 04/17 | CHECK NUMBER 686 | | 295.00- | 15,933.23 |
| 04/19 | POS PURCHASE COSTCO WHSE #11 COSTCO WHSE #11 GLEN MILLS PA SEQ#304075 DATE 4/19/20 TIME 16:05 | | 84.12- | 15,849.11 |
| 04/20 | DBT RECUR-PURCH AMAZON PRIME*MG8X AMAZON PRIME*MG8X71N91 AMZN.COM/BILL WA SEQ#579391 DATE 4/19/20 TIME 11:19 | | 13.77- | 15,835.34 |

----CONTINUED ON NEXT PAGE----

Debtor Name **LEWIS M. IRVING**   Case number **19-13930 (AMC)**

Debtor Name  LEWIS M. IRVING

Case number 19-13930 (AMC)

**CHECKING ACCOUNT**
ACCOUNT NUMBER: [redacted]

**STATEMENT PERIOD FROM 04/01/2020 TO 04/30/2020**

PAGE: 3

ACCOUNT DETAIL

| DATE | DESCRIPTION | | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|
| 04/20 | BALANCE FORWARD FROM PREV. PAGE | | | | 15,835.34 |
| 04/20 | DBT PURCHASE | SAGE BANKRUPTCY C | | 35.00- | 15,800.34 |
| | SAGE BANKRUPTCY COURSE 800-516-2159 CA | | | | |
| | SEQ#108831 | DATE 4/18/20 TIME 08:59 | | | |
| 04/20 | POS PURCHASE | THE HOME DEPOT 41 | | 73.07- | 15,727.27 |
| | 200 HATTON DRIVE | GLEN MILLS PA | | | |
| | SEQ#444201 | DATE 4/20/20 TIME 09:10 | | | |
| 04/20 | CHECK NUMBER | 675 | | 1,306.00- | 14,421.27 |
| 04/20 | CHECK NUMBER | 676 | | 435.57- | 13,985.70 |
| 04/20 | CHECK NUMBER | 677 | | 162.07- | 13,823.63 |
| 04/20 | CHECK NUMBER | 680 | | 146.65- | 13,676.98 |
| 04/21 | CHECK NUMBER | 673 | | 726.46- | 12,950.52 |
| 04/21 | CHECK NUMBER | 678 | | 200.02- | 12,750.50 |
| 04/21 | CHECK NUMBER | 679 | | 1,736.52- | 11,013.98 |
| 04/21 | CHECK NUMBER | 682 | | 43.30- | 10,970.68 |
| 04/22 | DEPOSIT | | 5,490.00 | | 16,460.68 |
| 04/22 | POS PURCHASE | GIANT 6116 1393 D | | 71.21- | 16,389.47 |
| | GIANT 6116 1393 DILWOR WEST CHESTER PA | | | | |
| | SEQ#909655 | DATE 4/22/20 TIME 15:47 | | | |
| 04/22 | CHECK NUMBER | 681 | | 256.78- | 16,132.69 |
| 04/23 | DEPOSIT | | 2,340.00 | | 18,472.69 |
| 04/23 | CHECK NUMBER | 683 | | 341.70- | 18,130.99 |
| 04/23 | CHECK NUMBER | 700 | | 552.00- | 17,578.99 |
| 04/24 | DBT PURCHASE | PCA CORRUGATED & | | 341.00- | 17,237.99 |
| | PCA CORRUGATED & DISPL 6104898755 PA | | | | |
| | SEQ#714089 | DATE 4/23/20 TIME 11:37 | | | |
| 04/24 | CHECK NUMBER | 699 | | 216.30- | 17,021.69 |
| 04/24 | CHECK NUMBER | 701 | | 700.00- | 16,321.69 |
| 04/24 | CHECK NUMBER | 702 | | 350.00- | 15,971.69 |
| 04/24 | CHECK NUMBER | 703 | | 295.00- | 15,676.69 |
| 04/24 | CHECK NUMBER | 706 | | 1,000.00- | 14,676.69 |
| 04/27 | DEPOSIT | | 10,670.00 | | 25,346.69 |
| 04/27 | CHECK NUMBER | 688 | | 1,825.77- | 23,520.92 |
| 04/27 | CHECK NUMBER | 691 | | 126.15- | 23,394.77 |
| 04/27 | CHECK NUMBER | 692 | | 87.01- | 23,307.76 |
| 04/27 | CHECK NUMBER | 693 | | 318.81- | 22,988.95 |
| 04/27 | CHECK NUMBER | 694 | | 138.23- | 22,850.72 |
| 04/27 | CHECK NUMBER | 695 | | 215.04- | 22,635.68 |
| 04/27 | CHECK NUMBER | 698 | | 231.96- | 22,403.72 |
| 04/28 | POS PURCHASE | CVS/PHARMACY #04 | | 564.77- | 21,838.95 |
| | 04984--863 BALTIMO GLEN MILLS PA | | | | |
| | SEQ#864342 | DATE 4/28/20 TIME 15:55 | | | |
| 04/28 | CHECK NUMBER | 687 | | 175.00- | 21,663.95 |
| 04/28 | CHECK NUMBER | 689 | | 4,788.34- | 16,875.61 |
| 04/28 | CHECK NUMBER | 696 | | 85.32- | 16,790.29 |
| 04/28 | CHECK NUMBER | 697 | | 314.52- | 16,475.77 |
| 04/28 | CHECK NUMBER | 704 | | 850.00- | 15,625.77 |
| 04/28 | CHECK NUMBER | 705 | | 1,000.00- | 14,625.77 |

-----CONTINUED ON NEXT PAGE-----

Debtor Name **LEWIS M. IRVING**　　　　　　　　　　　Case number **19-13930 (AMC)**

### CHECKING ACCOUNT
ACCOUNT NUMBER: ▓▓▓▓▓▓▓　　STATEMENT PERIOD FROM 04/01/2020 TO 04/30/2020

PAGE: 4

#### ACCOUNT DETAIL

| DATE | DESCRIPTION | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|
| 04/28 | BALANCE FORWARD FROM PREV. PAGE | | | 14,625.77 |
| 04/29 | POS RETURN   ALLSTATE  *PAYM | 16.31 | | 14,642.08 |
|       | ALLSTATE  *PAYMENT  800-255-7828  IL | | | |
|       | SEQ#700162   DATE  4/28/20 TIME 20:33 | | | |
| 04/30 | DBT PURCHASE   U-HAUL MOVING&STO | | 153.65- | 14,488.43 |
|       | U-HAUL MOVING&STORAGE  800-789-3638  PA | | | |
|       | SEQ#225930   DATE  4/29/20 TIME 09:20 | | | |
| 04/30 | CHECK NUMBER    714 | | 343.86- | 14,144.57 |
| 04/30 | SERVICE CHARGE | | 2.00- | 14,142.57 |

#### CHECKS IN ORDER

| DATE | NUMBER | AMOUNT | TRACE-NBR | DATE | NUMBER | AMOUNT | TRACE-NBR |
|---|---|---|---|---|---|---|---|
| 04/03 | 643 | 187.27 | 0008511630 | 04/02 | 647* | 152.07 | 0008010640 |
| 04/03 | 648 | 198.44 | 0008513290 | 04/03 | 649 | 138.39 | 0008513300 |
| 04/02 | 650 | 304.78 | 0008011400 | 04/03 | 651 | 576.53 | 0008511300 |
| 04/03 | 652 | 872.78 | 0008512710 | 04/06 | 653 | 197.40 | 0008002020 |
| 04/07 | 654 | 39.31 | 0008005820 | 04/07 | 655 | 91.34 | 0008005830 |
| 04/07 | 656 | 393.24 | 0008006340 | 04/03 | 657 | 126.15 | 0008511430 |
| 04/03 | 658 | 221.96 | 0008511440 | 04/03 | 659 | 122.00 | 0008513440 |
| 04/02 | 660 | 21.00 | 0008011420 | 04/06 | 661 | 376.11 | 0008000480 |
| 04/03 | 662 | 16.50 | 0008511860 | 04/03 | 664* | 350.00 | 0008514920 |
| 04/03 | 665 | 350.00 | 0008514930 | 04/10 | 666 | 423.32 | 0008504970 |
| 04/09 | 667 | 199.69 | 0008017390 | 04/14 | 668 | 192.06 | 0008506840 |
| 04/07 | 669 | 198.65 | 0008501730 | 04/10 | 670 | 975.00 | 0008508360 |
| 04/10 | 671 | 350.00 | 0008508280 | 04/10 | 672 | 295.00 | 0008508290 |
| 04/21 | 673 | 726.46 | 0008502210 | 04/17 | 674 | 1,834.88 | 0008516930 |
| 04/20 | 675 | 1,306.00 | 0008002030 | 04/20 | 676 | 435.57 | 0008001640 |
| 04/20 | 677 | 162.07 | 0008001270 | 04/21 | 678 | 200.02 | 0008504400 |
| 04/21 | 679 | 1,736.52 | 0008505300 | 04/20 | 680 | 146.65 | 0008000480 |
| 04/22 | 681 | 256.78 | 0008007240 | 04/21 | 682 | 43.30 | 0008503910 |
| 04/23 | 683 | 341.70 | 0008009750 | 04/17 | 684 | 975.00 | 0008517100 |
| 04/17 | 685 | 350.00 | 0008007030 | 04/17 | 686 | 295.00 | 0008517190 |
| 04/28 | 687 | 175.00 | 0008004880 | 04/27 | 688 | 1,825.77 | 0008503060 |
| 04/28 | 689 | 4,788.34 | 0008005620 | 04/27 | 691* | 126.15 | 0008503270 |
| 04/27 | 692 | 87.01 | 0008502290 | 04/27 | 693 | 318.81 | 0008502410 |
| 04/27 | 694 | 138.23 | 0008502420 | 04/27 | 695 | 215.04 | 0008504120 |
| 04/28 | 696 | 85.32 | 0008003660 | 04/28 | 697 | 314.52 | 0008002860 |
| 04/27 | 698 | 231.96 | 0008503260 | 04/24 | 699 | 216.30 | 0008012990 |
| 04/23 | 700 | 552.00 | 0008011990 | 04/24 | 701 | 700.00 | 0008507850 |
| 04/24 | 702 | 350.00 | 0008508060 | 04/24 | 703 | 295.00 | 0008507900 |
| 04/28 | 704 | 850.00 | 0008004870 | 04/28 | 705 | 1,000.00 | 0008004530 |
| 04/24 | 706 | 1,000.00 | 0008507840 | 04/30 | 714* | 343.86 | 0008013070 |

(*) CHECK NUMBERS MISSING
(NOTAVL) CHECK # NOT AVAILABLE　　　　TOTAL  60  29,792.25



----CONTINUED ON NEXT PAGE----

Debtor Name: LEWIS M. IRVING    Case number 19-13930 (AMC)

**CHECKING ACCOUNT**　　　　　　　　　　**STATEMENT PERIOD FROM 04/01/2020 TO 04/30/2020**
ACCOUNT NUMBER: ▓▓▓▓▓▓▓　　　　　　　　　　　　　　　　　　　　　　　PAGE: 5

| SUMMARY OF ACCOUNTS |

DEPOSIT ACCOUNTS

| AP | ACCOUNT | BALANCE | INT-RATE% | YTD-INT | YTD-PENALTY | MATURITY |
|----|---------|---------|-----------|---------|-------------|----------|
| CK | ▓▓▓▓▓▓▓ | 14,142.5▓ | | | | |

```
TO REPORT YOUR ATM/MASTERCARD DEBIT CARD LOST OR STOLEN,
OR USED WITHOUT YOUR AUTHORIZATION, PLEASE CALL 1-800-264-5578
A FRAUD DETECTION TEAM MEMBER IS AVAILABLE 24X7.

FEDERAL LAW REQUIRES US TO TELL YOU HOW WE COLLECT, SHARE, AND
PROTECT YOUR PERSONAL INFORMATION.  SHARON BANK'S PRIVACY
POLICY HAS NOT CHANGED.  YOU MAY REVIEW OUR POLICY AND
PRACTICES WITH RESPECT TO YOUR PERSONAL INFORMATION AT
WWW.SHARONBANK.COM OR CALL US AT 800-749-8035 AND WE WILL MAIL
YOU A FREE COPY UPON REQUEST.
```

Debtor Name: LEWIS M. IRVING    Case number 19-13930 (AMC)