United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13930-amc
Lewis M. Irving                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jun 23, 2020
                              Form ID: 318             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db              +Lewis M. Irving,    278 Thornton Road,    Thornton, PA 19373-1059
14344414        +Bernice Vivian Irving,    278 Thornton Road,    Thornton, PA 19373-1059
14344415         Burkes Landscaping,    3813 West 9th Street,    Chester, PA 19013
14344417        +Con Pro,    P.O. Box 9,    Bangor, PA 18013-0009
14352042         Daimler Trust,    c/o Bk Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
14369023        +LSC19, LLC,    Dan Will,    13949 Ventura Blvd., Suite 300,    Sherman Oaks, CA 91423-3570
14352039         Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                  Roseville, MN 55113-0011
14492108        +United Street Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2912
14448694        +Univest Bank and Trust Co., successor-by-merger to,    14 North Main Street,
                  Souderton, PA 18964-1713
14344421        +Wilmington Savings Fund Society,    Loan Processing Center,    P.O. Box 71272,
                  Philadelphia, PA 19176-6272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +EDI: FGARYFSEITZ.COM Jun 24 2020 09:03:00      GARY F. SEITZ,
                  Gellert Scali Busenkell & Brown LLC,    8 Penn Center,    1628 John F. Kennedy Blvd,
                  Suite 1901,    Philadelphia, PA 19103-2113
smg              E-mail/Text: megan.harper@phila.gov Jun 24 2020 05:43:11      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 24 2020 05:42:38      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14344411         EDI: AMEREXPR.COM Jun 24 2020 09:03:00      American Express,    P.O. Box 1270,
                  Newark, NJ 07101-1270
14358307         EDI: BECKLEE.COM Jun 24 2020 09:03:00      American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14344412        +E-mail/Text: gcummings@thebancorp.com Jun 24 2020 05:40:17      Bancorp Bank,
                  1818 Market street,    Philadelphia, PA 19103-3629
14344413        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 24 2020 05:42:40
                  Bayview Loan Servicing,    4425 Ponce de Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1873
14344416        +EDI: COMCASTCBLCENT Jun 24 2020 09:03:00      Comcast,    P.O. Box 3002,
                  Sotheastern, PA 19398-3002
14508128        +E-mail/Text: duffyk@co.delaware.pa.us Jun 24 2020 05:43:36      Delaware County Tax Claim Bureau,
                  Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
14349565         EDI: DISCOVER.COM Jun 24 2020 09:03:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
14352546         EDI: IRS.COM Jun 24 2020 09:03:00      IRS,    P.O. Box 7346,    Phila., PA  19101-7346
14344419        +EDI: DAIMLER.COM Jun 24 2020 09:03:00      Mercedes Benz Leasing,    P.O. Box 685,
                  Roanoke, TX 76262-0685
14395693        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 24 2020 05:42:40
                  Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing, LLC,
                  4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
14344420         E-mail/Text: bankruptcygroup@peco-energy.com Jun 24 2020 05:40:46      PECO Energy,
                  P.O. Box 37629,    Philadelphia, PA 19101-0629
14376897         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2020 05:41:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
14366001        +E-mail/Text: Bankruptcy@wsfsbank.com Jun 24 2020 05:43:57
                  Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 10th Floor,
                  Wilmington, DE 19801-7405
                                                                                   TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14361402*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
14463306*        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
14344422*       +Wilmington Savings Fund Society,    Loan Processing Center,    P.O. Box 71272,
                  Philadelphia, PA 19176-6272
14344418       ##+Fox Chase Bank,    P. O. Box 1250,    Blue Bell, PA 19422-0409
                                                                        TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: JEGilmore        Page 2 of 2              Date Rcvd: Jun 23, 2020
                              Form ID: 318           Total Noticed: 26
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
          CHRISTOPHER JOHN LEAVELL    on behalf of Creditor   Univest Bank & Trust Co. cleavell@klehr.com,
           lclark@klehr.com
          DANIEL CHRISTOPHER KERRICK    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           dckerrick@dkhogan.com,  gdurstein@dkhogan.com
          DAVID A. SCHOLL    on behalf of Creditor   LSC19, LLC judgescholl@gmail.com
          DAVID A. SCHOLL    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com
          GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
          HOLLY SMITH MILLER    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com,  abrown@gsbblaw.com
          KEVIN G. MCDONALD    on behalf of Creditor   Metropolitan Life Insurance Company, at c/o Bayview
           loan Servicing bkgroup@kmllawgroup.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          MICHAEL JASON BARRIE    on behalf of Creditor   LSC19, LLC mbarrie@beneschlaw.com,
           debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com
          NICHOLAS S. HERRON    on behalf of U.S. Trustee   United States Trustee
           nicholas.s.herron@usdoj.gov,  USTPRegion03.PH.ECF@usdoj.gov
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor   Delaware County Tax Claim Bureau
           sbottiglieri@toscanigillin.com,  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM R. HINCHMAN    on behalf of Creditor   Univest Bank & Trust Co. whinchman@klehr.com,
           nharrison@klehr.com
                                                                          TOTAL: 13
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lewis M. Irving** | Social Security number or ITIN  **xxx–xx–3836** |
| | First Name   Middle Name   Last Name | EIN  _ _ –_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ –_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **19–13930–amc**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lewis M. Irving

6/22/20

**By the court:**  Ashely M. Chan
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**