1 IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEWIS M. IRVING,                     : Chapter 7
             Debtor                        : BANKR. No. 19-13930


**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 9
FILED BY LCS 19, LLC**

    Kindly withdraw the Debtor's Objection to Proof of Claim No. 9, filed by LSC 19, LLC.


                                  /s/DAVID A. SCHOLL

                                  512 Hoffman Street
                                  Philadelphia, PA.  19148
                                  610-550-1765
                                  Attorney for Debtor