# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| LEWIS M. IRVING, | Case No. 19-13930-amc |
| Debtor. | **RE: D.I. 57** |

## PRAECIPE TO WITHDRAW MOTION OF LSC19, LLC FOR SUMMARY JUDGMENT AS TO ITS PROOF OF CLAIM

Kindly withdraw the *Motion of LSC19, LLC for Summary Judgment as to Its Proof of Claim* [D.I. 57], without prejudice.

Dated: July 27, 2020

Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

 */s/ Michael J. Barrie*
Michael J. Barrie (PA No. 85625)
John C. Gentile (PA No. 322159)
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, Pennsylvania 19103
Telephone: (267) 207-2947
Facsimile: (267) 207-2949
Email: mbarrie@beneschlaw.com
       jgentile@beneschlaw.com

Kevin M. Capuzzi (admission *pro hac vice*)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com

*Counsel for LSC19, LLC*

13654369