**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

LEWIS M. IRVING,                                                    :        CHAPTER 7

Debtor

: BANKRUPTCY NO. 19-13930

**ORDER SUR MOTION OF TRUSTEE TO APPROVE AUCTION SALE OF DEBTOR'S ASSETS AND APPROVE A COMPROMISE WITH THE SECURED CREDITOR**

AND NOW, this         day of July, 2021, upon consideration of the aforementioned Motion of the Trustee to Approve Auction Sale of Debtor's Assets and Approval of a Compromise with the Secured Creditor, and the Debtor's Answer thereto, LSC, and the Answer of the Debtor thereto, it is hereby ORDERED that the above-referenced Motion is DENIED.

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

**LEWIS M. IRVING,**  :  **CHAPTER 11**

**Debtor**

: **BANKRUPTCY NO. 19-13930**

**DEBTOR'S ANSWER TO MOTION OF TRUSTEE TO APPROVE AUCTION SALE OF DEBTOR'S ASSETS AND APPROVE A COMPROMISE WITH THE SECURED CREDITOR**

1. The allegations of the paragraphs 1-6, 8, 9, 24, and 46-47 of the Motion are admitted.

2. All of the other allegations of the Motion are denied, denied as stated, or allegations of statements or conclusions law, to which no answer is required. Strict proof of any allegations denied are demanded at any hearing on the Motion if they are deemed relevant.

**AFFIRMATIVE DEFENSES**

3. The Debtor has for some time and continues to negotiate a loan which will result in the purchase of the primary asset at issue in the Motion, the structures and land at 2500 Concord Road, Chester, PA. 19013. The Debtor should be given a reasonable opportunity to complete this loan and purchase before the instant Motion is granted, as this sale contract will be more beneficial to the Debtor's estate than the transactions referenced in this Motion.

4. The properties at 49 Concord Rd., Chester, PA. 19013, and 58 East Mowry St., Chester, PA. 19013, referenced in the Motion have been declared exempt, as they are jointly owned with the Debtor's wife, and therefore should not be included in this Motion. Furthermore, there is no equity of the Debtor in the Mowry St. property, and therefore a sale of this asset would not yield any funds for the Debtor's estate.

WHEREFORE, the Debtor requests that this court will deny the Motion in whole or in part, and that the Motion not be granted until a reasonable time after the Debtor's attempts to obtain a loan to purchase the property at 2500 Concord Rd., Chester, PA. 19013, are deemed unsuccessful.

_____

\-                                                                          /s/DAVID A. SCHOLL

512 Hoffman Street

Philadelphia, PA. 19148

610-550-1765

Attorney for Debtor