# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LEWIS M. IRVING, | : | Case No. 19-13930-amc |
| | : | |
| Debtor. | : | **RE: D.I. 169** |
| | : | |

## CERTIFICATE OF SERVICE

I, Michael J. Barrie, Esquire, do hereby certify that I am over the age of 18, and that on June 14, 2021, I caused a copy of the foregoing *LSC19, LLC's Response to Debtor's Answer to Motion of Trustee to Approve Auction Sale of Debtor's Assets and Approve a Compromise with the Secured Creditor* to be served upon the following persons via CM/ECF and first-class mail:

David A. Scholl
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

*Counsel to Debtor*

Gary F. Seitz
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19103

*Chapter 7 Trustee*

Kevin P. Callahan
United States Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*United States Trustee*

Under penalty of perjury, I certify the foregoing to be true and correct.

                                                      */s/ Michael J. Barrie*
                                                  Michael J. Barrie (PA No. 85625)

14734082