**l IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**LEWIS M. IRVING,**                    **: Chapter 7**
**Debtor**                    **: BANKR. No. 19-13930**

**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO MOTION OF TRUSTEE TO
APPROVE AUCTION SALE OF DEBTOR'S ASSETS AND APPROVAL OF A
COMPROMISE WITH THE SECURED CREDITOR**

Kindly withdraw the Debtor's Objection to the above-referenced Motion due to

the Trustee's assurance that he will proceed with the proposed sale of the Debtor's

cemetery asset to an entity presented by the Debtor , and then will proceed to close this

case.

/s/DAVID A. SCHOLL

512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Attorney for Debtor