

Gary F. Seitz
215-238-0011
gseitz@gsbblaw.com

April 18, 2022

Clerk of Bankruptcy Court
United States Bankruptcy Court
Robert N.C. Nix Federal Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

      RE:    CERTIFICATE OF COSTS
                Lewis M. Irving
                Bankruptcy Case No. 19-13930-AMC

Greetings:

      I am the trustee for the above captioned case. I am working on my final report for this case. I will need a certificate of clerk's cost to complete my final report. Please file the Clerk's Certificate of Costs at your earliest convenience.

      Thank you for your assistance.

                                                             Very truly yours,

                                                             Gellert Scali Busenkell & Brown LLC

                                                  By:    Gary F. Seitz
                                                           As Chapter 7 Trustee