IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: April 19, 2022

IN RE:                                              :        Chapter 7

Lewis M. Irving
        Debtor(s)                     :        Bankruptcy No. 19-13930-amc

## CERTIFICATION OF COSTS

The sum of $-0- has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 or 201 Penn Street, Suite 103, Reading, PA 19601 on or before (Not Applicable).

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid 6/19/2019 - No additional charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | | |
| Copies | | |
| | TOTAL: | $ -0- |

Date 19th day of April 2022

TIMOTHY B. MCGRATH, Clerk

By:     Jeanette Gilmore
        Deputy Clerk

Certcost 8/99