**IN THE UNITEDATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  LEWIS M. IRVING,                         :       CHAPTER 7

    Debtor                                           : BANKRUPTCY NO. 19-1   3930

**FINAL APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE,
COUNSEL FOR THE DEBTOR**

    David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant has been counsel for the Debtor in this case since June 18, 2019, and had the responsibility for all aspects of the Debtor's representation from that date forward.

2. All services rendered for which compensation is requested were performed on behalf of the Debtor.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The period of the Application is from December 1, 2019, through April 20, 2022.

5. The total fees requested from the Debtors' estate through this period are $10,000,                       .

6. This case was filed by the Applicant on June19, 2019.

7. The Application to appoint the Applicant as counsel for the Debtor was granted on November 26, 2019.

8. The first services were performed by the Applicant in connection with this case on June 18, 2019.

9. Compensation is requested under section 330.

10. An Application for Interim Compensation for services in this case for the period from June 18, 2019, through November 29, 2019, was filed on November 28, 2019, and granted in the amount of $12,618 on January 7, 2020.

11. A retainer of $15,000, $1717 of which was utilized to pay the filing fee in this case was received by the Applicant on or about June 19, 2019. The fees allowed on January 7, 2020, permit the Applicant to retain all but $665 of the retainer. The trustee has advised the Applicant that the sum of $665 must be paid to him unless allowed in this Application.

12. My billing rate for the period at issue is $300 per hour.

13. A description of the services performed is included on the following pages.

WHEREFORE, the Applicant requests an award of final compensation of $22,618 ($10,000 in addition to interim fees allowed) as final compensation in connection with this case, and that no refund to the trustee is required.

Dated: April 20, 2022                /s/DAVID A. SCHOLL

                                     512 Hoffman Street

                                     Philadelphia, PA.  19148

                                     610-550-1765

                                     Attorney for Debtor

**iN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  LEWIS M.  IRVING, : CHAPTER 7

Debtor : BANKRUPTCY NO. 9-13930

## ORDER

AND NOW, this      day of May, 2022, upon consideration of the Final Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $22,618 for his services in this case as total compensation in this case.  The Applicant is authorized to keep the balance of the retainer paid to him by the Debtor.

_____

J.

## DESCRIPTION OF SERVICES

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 12/1,2,3/19 | Calls to Debtor and Son re Monthly Reports | 12 mins. |
| 12/11/19 | Review Plan & Disclosure Statement filed by Creditor | 2.5 hrs. |
|  | Review of Preview Pertinent Law & Rules, Call Debtor | 1.5 hrs. |
| 12/12/19 | Filed Amended Petition | 30 mins. |
| 12/14/19 | Prepared & Filed small business Plan | 5 hrs. |
| 12/15/19 | Prpeared, , Filed, Noticed Motion to Waive Disclosure Statement | 1 hr. |
| 12/19/19 | Review UST Motion to Convert | 1 hr. |
| 12/20/19 | Prepare & File Answer to Motion to Approve Disclosure Statement | 1.5 hrs. |
|  | Draft answer to UST Motion to Convert | 1.5 hrs. |
| 12/21/19 | Amend Schedules A/B and D and file Amendments | 30 minutes |
| 12/22/19 | Revise & File Answer to UST Motion | 1,5 hrs. |
| 12/24/19 | File Cert. of No Objection to First Interim Fee Application | 18 mins. |
| 12/26to 29/19 | Call Client & Son re monthly Reports, Stutus | 30 mins. |
| 12/29/19 | Review Filings of Creditor & UST | 30 mins. |
| 1/3/20 | Prepare & File monthly Reports | 1.5 hrs. |
|  | Call to Creditor | 18 mins. |
|  | Call to UST | 18 mins. |
| 1/6/20 | Review Reports with UST | 30 mins. |
| 1/7/20 | Discuss Hearings with Opposing Counsel | 30 mins. |
|  | Prepare client for Hearings | 30 mins. |

| | | |
|---|---|---|
| 1/8/20 | Court Hearings | 1.5 hrs. |
| | Discussion with Client after Hearing | 30 mins. |
| 1/11/20 | Draft Motion to Reconsider Conversion | 2 hrs. |
| 1/12/20 | File & Revise Motion to Reconsider | 1 hr. |
| | Serve motion to Reconsider | 1 hr. |
| 1/13/20 | Review Responses to motion to Reconsider | 1.5 hrs. |
| 1/26/20 | Prepare & File Monthly Reports | 2 hrs. |
| | Prepare for Hearing on Motion to Reconsider | 1 hr. |
| 1/27/20 | Hearing on motion to Reconsider Conversion | 2 hrs. |

TOTAL ADDITIONAL CHAPTER 11 HOURS 33 HRS., 6 MINS.

THEREAFTER, CONTINUED TO REPRESENT DEBTOR IN CHAPTER 7 CASE AS NEEDED FOR APPROXIMATELY 20 MORE HOURS

TOTAL COMPENSATION DUE= $10,000