**IN THE UNITED STATES BANKRUPTCY -COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  **LEWIS M. IRVING,**                           :          **CHAPTER 11**
          **Debtor**                                         : **BANKRUPTCY NO. 19-13930**

## NOTICE OF FINAL FEE APPLICATION

Notice is hereby given to all interested parties that the Final Fee Application of

David A. Scholl, Esquire, Counsel for the Debtor, for compensation for the period from June 18,

2019, through April 19, 2022, in the amount of $22,618 for this period, has been filed.  However,

the Applicant is not seeking funds from the estate; but only a determination that no portion of the

retainer of $13,283 need be refunded to the trustee. Any Objection to this Application must be

filed and served upon me within twenty-one days from April 20, 2022, on or before which date

this Notice will be served.  A copy of the entire Final Fee Application has been filed and is being

provided to the United States Trustee, the Chapter 7 Trustee, and the Debtor.  Any interested

parties can obtain a copy of the entire Final Fee Application from me on request.

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA  19148
610-550-1765
Attorney for Debtor
