United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13930-amc |
| Lewis M. Irving | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: gseitz@gsbblaw.com | Apr 19 2022 23:50:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

**Name**              **Email Address**
CHRISTOPHER JOHN LEAVELL
    on behalf of Creditor Univest Bank & Trust Co. cleavell@klehr.com  lclark@klehr.com

DANIEL CHRISTOPHER KERRICK
    on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

DAVID A. SCHOLL
    on behalf of Creditor LSC19  LLC judgescholl@gmail.com

DAVID A. SCHOLL
    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com

GARY F. SEITZ

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

gseitz@gsbblaw.com gfs@trustesolutions.net

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com

KEVIN G. MCDONALD
    on behalf of Creditor Metropolitan Life Insurance Company at c/o Bayview loan Servicing bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL JASON BARRIE
    on behalf of Creditor LSC19 LLC mbarrie@beneschlaw.com,
    debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@toscanigillin.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM R. HINCHMAN
    on behalf of Creditor Univest Bank & Trust Co. hinchmanw@univest.net nsulpizio@klehr.com

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: April 19, 2022

IN RE: : Chapter 7

Lewis M. Irving
      Debtor(s) : Bankruptcy No. 19-13930-amc

## CERTIFICATION OF COSTS

    The sum of $-0- has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 or 201 Penn Street, Suite 103, Reading, PA 19601 on or before (Not Applicable).

    The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | Admin. Fee Paid 6/19/2019 - No additional charge | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | | |
| Copies | | |
| | TOTAL: | $ -0- |

Date 19th day of April 2022

                TIMOTHY B. MCGRATH, Clerk

                By:     Jeanette Gilmore
                      Deputy Clerk

Certcost 8/99