*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lewis M. Irving
    Debtor(s)

Case No: 19–13930–amc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Trustee Gary Seitz's Objection to Counsel for Debtor Final Fee Application for Compensation

    on: 6/1/22

    at: 12:30 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/28/22

Timothy B. McGrath
Clerk of Court

187 – 186
Form 167