UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LEWIS M. IRVING, | ) | CASE NO: 19-13930-AMC |
| | ) | |
| Debtor. | ) | |

## ORDER

AND NOW upon consideration of the Final Application ("Application") for Compensation of David A. Scholl, Esquire, Counsel for the Debtor ("Counsel") [Doc. 183] and the responses thereto, the Application is granted in part and denied in part as follows:

(1) final approval of the interim order dated January 7, 2020 is granted as a chapter 11 administrative expense and Counsel may apply his retainer;

(2) fee approval for the sum of $665 left in Counsel's retainer after application of the interim order dated January 7, 2020, is granted as a chapter 11 administrative expense and Counsel may apply his retainer;

(3) consistent with the foregoing paragraphs, the Application is otherwise granted in the amount of $10,000.00 but only as to the individual Debtor and not as an administrative claim in this bankruptcy estate.

Dated: Philadelphia, Pennsylvania
_____, 2022

**Date: June 6, 2022**

_____
Ashely M. Chan
United States Bankruptcy Judge