United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13930-amc
Lewis M. Irving  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 06, 2022     Form ID: pdf900     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lewis M. Irving, 278 Thornton Road, Thornton, PA 19373-1059 |
| aty | + | GARVAN F. MCDANIEL, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |
| acc | #+ | Bederson LLP, c/o Charles N. Persing, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: gseitz@gsbblaw.com | Jun 07 2022 00:07:32 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jun 07 2022 00:07:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + | Email/Text: M74banko@mercedes-benz.com | Jun 07 2022 00:07:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KEVIN M CAPUZZI, Benesch,Friedlander,Coplan and Aronoff, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801-1611 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 19-13930-amc   Doc 192   Filed 06/08/22   Entered 06/09/22 00:31:09   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: pdf900 | Total Noticed: 8 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Univest Bank & Trust Co. cleavell@klehr.com  lclark@klehr.com |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com |
| DAVID A. SCHOLL | on behalf of Creditor LSC19  LLC judgescholl@gmail.com |
| DAVID A. SCHOLL | on behalf of Debtor Lewis M. Irving judgescholl@gmail.com |
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Metropolitan Life Insurance Company  at c/o Bayview loan Servicing bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MICHAEL JASON BARRIE | on behalf of Creditor LSC19  LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com |
| NICHOLAS S. HERRON | on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@toscanigillin.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM R. HINCHMAN | on behalf of Creditor Univest Bank & Trust Co. hinchmanw@univest.net  nsulpizio@klehr.com |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LEWIS M. IRVING, | ) | CASE NO: 19-13930-AMC |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER**

AND NOW upon consideration of the Final Application ("Application") for Compensation of David A. Scholl, Esquire, Counsel for the Debtor ("Counsel") [Doc. 183] and the responses thereto, the Application is granted in part and denied in part as follows:

(1) final approval of the interim order dated January 7, 2020 is granted as a chapter 11 administrative expense and Counsel may apply his retainer;

(2) fee approval for the sum of $665 left in Counsel's retainer after application of the interim order dated January 7, 2020, is granted as a chapter 11 administrative expense and Counsel may apply his retainer;

(3) consistent with the foregoing paragraphs, the Application is otherwise granted in the amount of $10,000.00 but only as to the individual Debtor and not as an administrative claim in this bankruptcy estate.

Dated: Philadelphia, Pennsylvania
_____, 2022
**Date: June 6, 2022**

_____
Ashely M. Chan
United States Bankruptcy Judge