*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lewis M. Irving
    Debtor(s)

Case No: 19–13930–amc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application for Compensation <i>First & Final Fee Application for Compensation and Reimbursement of Expenses</i> for Bederson LLP, Accountant, Period: 2/6/2020 to 7/7/2022, Fee: $7,258.00, Expenses: $21.42

    on: 3/1/23

    at: 12:30 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/20/23

Timothy B. McGrath
Clerk of Court