United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lewis M. Irving  
    Debtor

Case No. 19-13930-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2023      Form ID: 167      Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lewis M. Irving, 278 Thornton Road, Thornton, PA 19373-1059 |
| aty | + | GARVAN F. MCDANIEL, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |
| acc | #+ | Bederson LLP, c/o Charles N. Persing, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: gseitz@gsbblaw.com | Jan 21 2023 00:12:59 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jan 21 2023 00:12:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + | Email/Text: M74banko@mercedes-benz.com | Jan 21 2023 00:11:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KEVIN M CAPUZZI, Benesch,Friedlander,Coplan and Aronoff, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801-1611 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

**Name**     **Email Address**

CHRISTOPHER JOHN LEAVELL
    on behalf of Creditor Univest Bank & Trust Co. cleavell@klehr.com  lclark@klehr.com

DANIEL CHRISTOPHER KERRICK
    on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

DAVID A. SCHOLL
    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com

DAVID A. SCHOLL
    on behalf of Creditor LSC19  LLC judgescholl@gmail.com

GARY F. SEITZ
    gseitz@gsbblaw.com  gfs@trustesolutions.net

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com

KEVIN G. MCDONALD
    on behalf of Creditor Metropolitan Life Insurance Company  at c/o Bayview loan Servicing bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL JASON BARRIE
    on behalf of Creditor LSC19  LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@toscanigillin.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM R. HINCHMAN
    on behalf of Creditor Univest Bank & Trust Co. hinchmanw@univest.net  nsulpizio@klehr.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lewis M. Irving
    Debtor(s)

Case No: 19−13930−amc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application for Compensation <i>First & Final Fee Application for Compensation and Reimbursement of Expenses</i> for Bederson LLP, Accountant, Period: 2/6/2020 to 7/7/2022, Fee: $7,258.00, Expenses: $21.42

on: 3/1/23

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/20/23

Timothy B. McGrath
Clerk of Court

195 − 193
Form 167