IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LEWIS M. IRVING | : | BANKRUPTCY NO. 19-13930-AMC |
| | : | |
| | : | |
| Debtor | : | |

ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the First & Final Application of Bederson LLP (the "Applicant") for Compensation and Reimbursement of Expenses as Accountants to the Trustee (the "Application"), and after Notice and after certification that the Applicant has agreed to a voluntary reduction, it is hereby ORDERED that:

1. The Application as modified is APPROVED.

2. The Applicant is allowed compensation in the amount of $6,758.00 for services rendered and $21.42 for reimbursement of expenses for a total of $6,779.42 for the period from February 6, 2020 through July 7, 2022.

BY THE COURT:

**Date: March 2, 2023**

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE