United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-13930-amc
Lewis M. Irving     Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf901 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lewis M. Irving, 278 Thornton Road, Thornton, PA 19373-1059 |
| aty | + | GARVAN F. MCDANIEL, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |
| 14344412 | + | Bancorp Bank, 1818 Market street, Philadelphia, PA 19103-3638 |
| 14344414 | + | Bernice Vivian Irving, 278 Thornton Road, Thornton, PA 19373-1059 |
| 14344415 | | Burkes Landscaping, 3813 West 9th Street, Chester, PA 19013 |
| 14344417 | + | Con Pro, P.O. Box 9, Bangor, PA 18013-0009 |
| 14474438 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14344418 | + | Fox Chase Bank, P. O. Box 1250, Blue Bell, PA 19422-0409 |
| 14374804 | + | Kevin P. Callahan, Trial Attorney, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pa 19106-2908 |
| 14346160 | + | LSC19, c/o Michael J. Barrie, One Liberty Place, 1650 Market Street, 36th Floor, Suite 36, Philadelphia, Pa 19103-7334 |
| 14369023 | #+ | LSC19, LLC, Dan Will, 13949 Ventura Blvd., Suite 300, Sherman Oaks, CA 91423-3570 |
| 14354841 | + | Metropolitan Life Company, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14492108 | + | United Street Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2912 |
| 14431945 | + | Univest Bank & Trust Co., c/o William R. Hinchman, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market, Suite 1400, Philadelphia, Pa 19103-2945 |
| 14431932 | + | Univest Bank & Trust Co., c/o Christopher J. Leavell, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market, Suite 1400, Philadelphia, Pa 19103-2945 |
| 14448694 | + | Univest Bank and Trust Co., successor-by-merger to, 14 North Main Street, Souderton, PA 18964-1713 |
| 14344421 | + | Wilmington Savings Fund Society, Loan Processing Center, P.O. Box 71272, Philadelphia, PA 19176-6272 |
| 14364082 | + | Wilmington Savings Fund Society, FSB, c/o Daniel C. Kerrick, Esquire, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, De 19806-4717 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: gseitz@gsbblaw.com | Jul 14 2023 00:20:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jul 14 2023 00:20:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14344411 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:25:51 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14358307 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:25:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14344413 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 14 2023 00:20:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 14344416 | + | Email/Text: documentfiling@lciinc.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdf901 | Total Noticed: 34 |

| Recip ID | | Notice type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Jul 14 2023 00:20:00 | Comcast, P.O. Box 3002, Sotheastern, PA 19398-3002 |
| 14352042 | | Email/Text: M74banko@mercedes-benz.com | Jul 14 2023 00:20:00 | Daimler Trust, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14508128 | + | Email/Text: duffyk@co.delaware.pa.us | Jul 14 2023 00:20:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14349565 | | Email/Text: mrdiscen@discover.com | Jul 14 2023 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14352546 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2023 00:20:00 | IRS, P.O. Box 7346, Phila., PA 19101-7346 |
| 14344419 | + | Email/Text: M74banko@mercedes-benz.com | Jul 14 2023 00:20:00 | Mercedes Benz Leasing, P.O. Box 685, Roanoke, TX 76262-0685 |
| 14352039 | | Email/Text: M74banko@mercedes-benz.com | Jul 14 2023 00:20:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14395693 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 14 2023 00:20:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14344420 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 14 2023 00:20:00 | PECO Energy, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14376897 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14366001 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 14 2023 00:20:00 | Wilmington Savings Fund Society, FSB, 500 Delaware Avenue, 10th Floor, Wilmington, DE 19801-1490 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14361402 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14463306 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14344422 | *+ | Wilmington Savings Fund Society, Loan Processing Center, P.O. Box 71272, Philadelphia, PA 19176-6272 |
| aty | ##+ | KEVIN M CAPUZZI, Benesch,Friedlander,Coplan and Aronoff, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801-1611 |
| acc | ##+ | Bederson LLP, c/o Charles N. Persing, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2023         Signature:     /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jul 13, 2023 Form ID: pdf901 Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Univest Bank & Trust Co. cleavell@klehr.com lclark@klehr.com |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor Wilmington Savings Fund Society FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com |
| DAVID A. SCHOLL | on behalf of Creditor LSC19 LLC judgescholl@gmail.com |
| DAVID A. SCHOLL | on behalf of Debtor Lewis M. Irving judgescholl@gmail.com |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| HOLLY SMITH MILLER | on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com abrown@gsbblaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Metropolitan Life Insurance Company at c/o Bayview loan Servicing bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MICHAEL JASON BARRIE | on behalf of Creditor LSC19 LLC mbarrie@beneschlaw.com, debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com |
| NICHOLAS S. HERRON | on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM R. HINCHMAN | on behalf of Creditor Univest Bank & Trust Co. hinchmanw@univest.net nsulpizio@klehr.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-13930-AMC |
| | § | |
| LEWIS M. IRVING | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gary F. Seitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 pm on 08/09/2023, teleconference call to 1.877.873.8017. Access Code: 3027681. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/13/2023            By:   /s/ Gary F. Seitz
                                              Trustee

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 19-13930-AMC |
| | § | |
| LEWIS M. IRVING | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* — $450,000.00
*and approved disbursements of* — $410,017.96
*leaving a balance on hand of[1]:* — $39,982.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | Mercedes-Benz Financial Services USA LLC | $16,297.48 | $0.00 | $0.00 | $0.00 |
| 6 | Wilmington Savings Fund Society, FSB | $324,642.18 | $0.00 | $0.00 | $0.00 |
| 7 | Wilmington Savings Fund Society, FSB | $329,661.38 | $0.00 | $0.00 | $0.00 |
| 9 | LSC19, LLC | $1,363,872.58 | $410,000.00 | $410,000.00 | $0.00 |
| 11 | Wilmington Savings Fund Society, FSB | $181,175.65 | $0.00 | $0.00 | $0.00 |
| 12 | Metropolitan Life Insurance Company | $345,719.19 | $0.00 | $0.00 | $0.00 |
| 13 | Univest Bank and Trust Co., successor-by-merger to | $72,521.16 | $0.00 | $0.00 | $0.00 |
| 15 | Delaware County Tax Claim Bureau | $34,227.49 | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to secured creditors: $0.00
Remaining balance: $39,982.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gary F. Seitz, Trustee Fees | $25,750.00 | $0.00 | $25,750.00 |
| Gary F. Seitz, Trustee Expenses | $234.80 | $0.00 | $234.80 |
| BEDERSON LLP, Accountant for Trustee Fees | $6,758.00 | $0.00 | $6,758.00 |
| BEDERSON LLP, Accountant for Trustee Expenses | $21.42 | $0.00 | $21.42 |
| United States Trustee Payment, U.S. Trustee Quarterly Fees | $325.00 | $0.00 | $325.00 |

Total to be paid for chapter 7 administrative expenses: $33,089.22
Remaining balance: $6,892.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $6,892.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22,560.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 8 | IRS | $22,560.27 | $0.00 | $6,128.24 |
| 10 | Pennsylvania Department of Revenue | $2,814.68 | $0.00 | $764.58 |

Total to be paid to priority claims: $6,892.82
Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,980.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $1,710.80 | $0.00 | $0.00 |
| 3 | Daimler Trust | $2,889.14 | $0.00 | $0.00 |
| 4 | American Express National Bank | $332.66 | $0.00 | $0.00 |
| 5 | American Express National Bank | $23,047.46 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,822.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 8a | IRS | $1,603.32 | $0.00 | $0.00 |
|---|---|---|---|---|
| 10A | Pennsylvania Department of Revenue | $219.21 | $0.00 | $0.00 |

                                Total to be paid for subordinated claims:     $0.00
                                                    Remaining balance:     $0.00

                                  Prepared By:   /s/ Gary F. Seitz
                                                 Trustee

Gary F. Seitz
Gellert Scali Busenkell & Brown, LLC
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**