**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>LEWIS M. IRVING,<br><br>Debtor | CHAPTER 7<br><br>CASE NO. 19-13930-AMC |

**CERTIFICATE OF NO RESPONSE**

On July 13, 2023, the Notice of Trustee's Final Report and Application for Compensation, Application for Compensation, Summary of Trustee's Final Report and proposed form of Orders were served upon all parties in interest by electronic means pursuant to L.B.R. 5005; in addition, any creditor or other party in interest not receiving electronic service was served a copy of the foregoing via first-class, postage prepaid United States mail.

Responses were due on or before August 3, 2023. This Court's docket reflects that no objections were filed to the Applications. Additionally, no objections to the Applications have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Orders approving the report, proposed distribution and compensation be entered at the Court's earliest convenience.

Dated: August 4, 2023

/s/ Gary F. Seitz
_____
Gary F. Seitz, Trustee
Gellert Scali Busenkell & Brown, LLC
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103
Telephone: (267) 908-4350
Fax: (215) 563-2583

The Chapter 7 Trustee