**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| **LEWIS M. IRVING** | : Case No. 19-13930-AMC |
| | : |
| | : Chapter 7 |
| | : |
| **Debtor** | : |
| | : |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $25,750.00 is reasonable compensation for the services in this case by GARY F. SEITZ, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $234.80 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
Ashely M. Chan
United States Bankruptcy Judge

Dated: August 9, 2023