United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13930-amc

Lewis M. Irving     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Aug 10, 2023     Form ID: pdf900     Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lewis M. Irving, 278 Thornton Road, Thornton, PA 19373-1059 |
| aty | + GARVAN F. MCDANIEL, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: gseitz@gsbblaw.com | Aug 10 2023 23:29:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | Email/Text: megan.harper@phila.gov | Aug 10 2023 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2023 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: duffyk@co.delaware.pa.us | Aug 10 2023 23:30:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + Email/Text: M74banko@mercedes-benz.com | Aug 10 2023 23:29:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KEVIN M CAPUZZI, Benesch,Friedlander,Coplan and Aronoff, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801-1611 |
| acc | ##+ | Bederson LLP, c/o Charles N. Persing, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-13930-amc   Doc 209   Filed 08/12/23   Entered 08/13/23 00:30:44   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: pdf900 | Total Noticed: 7 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

**Name**              **Email Address**

CHRISTOPHER JOHN LEAVELL
    on behalf of Creditor Univest Bank & Trust Co. cleavell@klehr.com  lclark@klehr.com

DANIEL CHRISTOPHER KERRICK
    on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

DAVID A. SCHOLL
    on behalf of Creditor LSC19  LLC judgescholl@gmail.com

DAVID A. SCHOLL
    on behalf of Debtor Lewis M. Irving judgescholl@gmail.com

GARY F. SEITZ
    gseitz@gsbblaw.com  gfs@trustesolutions.net

HOLLY SMITH MILLER
    on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com

KEVIN G. MCDONALD
    on behalf of Creditor Metropolitan Life Insurance Company  at c/o Bayview loan Servicing bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL JASON BARRIE
    on behalf of Creditor LSC19  LLC mbarrie@beneschlaw.com,
    debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM R. HINCHMAN
    on behalf of Creditor Univest Bank & Trust Co. hinchmanw@univest.net  nsulpizio@klehr.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | |
| LEWIS M. IRVING : | Case No. 19-13930-AMC |
| : | |
| : | Chapter 7 -- Liquidation |
| Debtor : | |

### ORDER APPROVING FINAL REPORT AND DISTRIBUTION

Upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED that the Final Report is APPROVED and

IT IS FURTHER ORDERED that the Trustee, GARY F. SEITZ, is authorized to (i) distribute to the parties in interest listed in the Proposed Distribution Schedule(s) filed of record, estate monies in the amounts indicated in such Schedule(s) and (ii) transmit to the United States Trustee, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE

DATED: August 9, 2023