United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-13930-amc
Lewis M. Irving  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Nov 20, 2023  Form ID: pdf900  Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lewis M. Irving, 278 Thornton Road, Thornton, PA 19373-1059 |
| aty | + | GARVAN F. MCDANIEL, Hogan McDaniel, 1311 Delaware Avenue, Wilmington, DE 19806-4717 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: gseitz@gsbblaw.com | Nov 21 2023 00:48:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 21 2023 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Nov 21 2023 00:48:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + | Email/Text: M74banko@mercedes-benz.com | Nov 21 2023 00:48:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | KEVIN M CAPUZZI, Benesch,Friedlander,Coplan and Aronoff, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801-1611 |
| acc | ##+ | Bederson LLP, c/o Charles N. Persing, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 20, 2023 | Form ID: pdf900 | Total Noticed: 7 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:**

**Name**                    **Email Address**

CHRISTOPHER JOHN LEAVELL
          on behalf of Creditor Univest Bank & Trust Co. cleavell@klehr.com  lclark@klehr.com

DANIEL CHRISTOPHER KERRICK
          on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

DAVID A. SCHOLL
          on behalf of Creditor LSC19  LLC judgescholl@gmail.com

DAVID A. SCHOLL
          on behalf of Debtor Lewis M. Irving judgescholl@gmail.com

GARY F. SEITZ
          gseitz@gsbblaw.com  gfs@trustesolutions.net

HOLLY SMITH MILLER
          on behalf of Trustee GARY F. SEITZ hsmiller@gsbblaw.com  abrown@gsbblaw.com

KEVIN G. MCDONALD
          on behalf of Creditor Metropolitan Life Insurance Company  at c/o Bayview loan Servicing bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN
          on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MICHAEL JASON BARRIE
          on behalf of Creditor LSC19  LLC mbarrie@beneschlaw.com,
          debankruptcy@beneschlaw.com;jhoover@beneschlaw.com;lmolinaro@beneschlaw.com

NICHOLAS S. HERRON
          on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

STEPHEN VINCENT BOTTIGLIERI
          on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
          ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM R. HINCHMAN
          on behalf of Creditor Univest Bank & Trust Co. hinchmanw@univest.net  nsulpizio@klehr.com

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| LEWIS M. IRVING | Bankruptcy No. 19-13930-AMC |
| Debtor | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT,
DISCHARGING TRUSTEE, AND CLOSING ESTATE**

Upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

By the Court:

Date: November 20, 2023

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE